**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03677

ALEX HEADLEY and
THE ESTATE OF JAMES HEADLEY,

     Plaintiffs,

v.

CHRYSLER CAPITAL TRADEMARKED
THROUGH FCA, LLC
And LICENSED UNDER SANTANDER
CONSUMER USA INC.,

     Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Kristen M. Kennedy of Bryan Cave Leighton Paisner LLP hereby enters her appearance as counsel of record for Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital.

Respectfully submitted this 17th day of November, 2025.

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Kristen M. Kennedy*
Kristen M. Kennedy, #60969
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Email: Kristen.kennedy@bclplaw.com

*Attorney for Defendant Santander Consumer*
*USA Inc. d/b/a Chrysler Capital*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2025, I electronically filed a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the Court's NexGen CM/ECF system and also served notice and copies of all such filings via electronic mail to the following:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

Estate of James Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

*/s/ Kristen M. Kennedy*