**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03677

ALEX HEADLEY and
THE ESTATE OF JAMES HEADLEY,

      Plaintiffs,

v.

CHRYSLER CAPITAL TRADEMARKED
THROUGH FCA, LLC
And LICENSED UNDER SANTANDER
CONSUMER USA INC.,

      Defendant.

---

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital provides the following information:

1. Santander Consumer USA Inc. ("SC") is a corporation incorporated under the laws of the State of Illinois, having its principal place of business in Dallas, Texas.

2. Chrysler Capital is licensed to SC, more commonly known, as Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital").

3. SC is wholly owned by Santander Holdings USA Inc.

4. Santander Holdings USA Inc. is a wholly owned subsidiary of Banco Santander, S.A.

1

Dated: November 17, 2025                    Respectfully submitted,


                                            BRYAN CAVE LEIGHTON PAISNER LLP

                                            */s/ Kristen M. Kennedy*
                                            Matthew M. Petersen, #48562
                                            Kristen M. Kennedy, #60969
                                            1700 Lincoln Street, Suite 4100
                                            Denver, CO 80203
                                            Telephone: (303) 861-7000
                                            Email: Matt.petersen@bclplaw.com
                                                      Kristen.kennedy@bclplaw.com

                                            *Attorneys for Defendant Santander Consumer
                                            USA Inc. d/b/a Chrysler Capital*


## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2025, I electronically filed a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the Court's NexGen CM/ECF system and also served notice and copies of all such filings via electronic mail to the following:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

Estate of James Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*


                                            */s/ Kristen M. Kennedy*


2