**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03677

ALEX HEADLEY and
THE ESTATE OF JAMES HEADLEY,

      Plaintiffs,

v.

CHRYSLER CAPITAL TRADEMARKED
THROUGH FCA, LLC
And LICENSED UNDER SANTANDER
CONSUMER USA INC.,

      Defendant.

---

### DEFENDANT'S NOTICE OF CORRECTION

---

      Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital") submits this Notice of Correction pursuant to the "Administrative Notice," dated November 17, 2025 (Doc. 3), regarding the state court record filed with Defendant's Notice of Removal (Doc. 1). Chrysler Capital re-files each document in the state court's record as a separate PDF attached hereto as Exhibits 1 through 38, as set forth below:

| Document Title | Exhibit # |
| --- | --- |
| State Court Action Docket Sheet | 1 |
| Verified Complaint in Replevin | 2 |
| Exhibit to Verified Complaint in Replevin | 3 |
| District Court Civil Case Cover Sheet | 4 |
| District Court Civil Summons | 5 |
| Request for Hearing for a Motion to Affix a Bond for Replevin Action | 6 |
| Civil Action Damages to the Decedent Estate of James Headley Replevin Action | 7 |
| Delay Reduction Order | 8 |
| Pre-Trial Order and Discovery Protocol | 9 |

1

| | |
|---|---|
| Order to Show Cause | 10 |
| Minute Order | 11 |
| Amended Order to Show Cause | 12 |
| Return of Service on Chrysler Capital | 13 |
| Minute Order | 14 |
| Minute Order | 15 |
| Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 | 16 |
| Declaration of Service – Chrysler Capital | 17 |
| Entry of Appearance – Matthew Michael Petersen | 18 |
| Entry of Appearance – Kristen Marie Kennedy | 19 |
| Defendant's Response to Second Amended Order to Show Cause | 20 |
| Exhibit 1 to Defendant's Response | 21 |
| Exhibit 2 to Defendant's Response | 22 |
| Exhibit 3 to Defendant's Response | 23 |
| Exhibit 4 to Defendant's Response | 24 |
| Exhibit 5 to Defendant's Response | 25 |
| Exhibit 6 to Defendant's Response | 26 |
| Exhibit 7 to Defendant's Response | 27 |
| Minute Order | 28 |
| Civil Action in Replevin Rebuttal to Counsel Motion | 29 |
| Chrysler Capital's Waiver of Service | 30 |
| Chrysler Capital's Unopposed Motion for an Extension of Time to Answer or Otherwise Response to the Complaint | 31 |
| Proposed Order Granting Chrysler Capital's Unopposed Motion for an Extension of Time | 32 |
| Order Granting Chrysler Capital's Unopposed Motion for an Extension of Time | 33 |
| Chrysler Capital's Second Unopposed Motion for an Extension of Time | 34 |
| Proposed Order Granting Chrysler Capital's Second Unopposed Motion for an Extension of Time | 35 |
| Order Granting Chrysler Capital's Second Unopposed Motion for an Extension of Time | 36 |
| Third Amended Verified Complaint for Judgment and for Replevin | 37 |
| Common Law Affidavit of Truth | 38 |

Dated: November 17, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Kristen M. Kennedy*
Matthew M. Petersen, #48562
Kristen M. Kennedy, #60969
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Email: Matt.petersen@bclplaw.com
        Kristen.kennedy@bclplaw.com

*Attorneys for Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2025, I electronically filed a true and correct copy of the foregoing **NOTICE OF CORRECTION** with the Clerk of Court using the Court's NexGen CM/ECF system and also served notice and copies of all such filings via electronic mail to the following:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

Estate of James Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

*/s/ Kristen M. Kennedy*

3