# EXHIBIT 1

# Register of Actions

Filed by Plaintiff/Petitioner    **Case Number:** 2025CV000534
Filed by Defendant/Respondent    **Case Type:** Replevin
Filed by Court    **Case Caption:** Headley, Alex et al v. Chrysler Capital Trademarked Through Fca et al

**Division:** 203
**Judicial Officer:** Jill Deborah Dorancy
**Court Location:** Denver County - District

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 11/03/2025 | N/A | N/A | Alex Headley | Affidavit | Common Law Affidavit of Truth | Public |
| N/A (Details) | 10/31/2025 12:00 AM | N/A | N/A | Alex Headley | Complaint - Amended | Third Amended Verified Complaint for Judgment and for Replevin | Public |
| N/A (Details) | 10/27/2025 1:52 PM | Jill Deborah Dorancy | Denver County - District | N/A | Order 🔗 | ORDER GRANTING CHRYSLER CAPITAL'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME | Public |
| 3D56BC9CF33AE | 10/24/2025 6:03 PM | Matthew Michael Petersen | Bryan Cave Leighton Paisner LLP | Chrysler Capital Trademarked Through Fca | Motion 🔗 | Defendant Chrysler Capital's Second Unopposed Motion for an Extension of Time | Public |
| | | | | | Proposed Order | Proposed Order Granting Chrysler Capital's Second Unopposed Motion for an Extension of Time | Public |
| N/A (Details) | 10/14/2025 2:13 PM | Jill Deborah Dorancy | Denver County - District | N/A | Order 🔗 | ORDER GRANTING CHRYSLER CAPITAL'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME | Public |
| 374215D779038 | 10/13/2025 3:45 PM | Kristen Marie Kennedy, Matthew Michael Petersen | Bryan Cave Leighton Paisner LLP | Chrysler Capital Trademarked Through Fca | Motion 🔗 | Defendant Chrysler Capital's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint | Public |
| | | | | | Proposed Order | Proposed Order Granting Chrysler Capital's Unopposed Motion for an Extension of Time | Public |
| 23C0EC48DE6C7 | 09/22/2025 3:16 PM | Kristen Marie Kennedy, Matthew Michael Petersen | Bryan Cave Leighton Paisner LLP | Chrysler Capital Trademarked Through Fca | Waiver of Service | Waiver and Acceptance of Service - signed by Matthew Peterson on behalf of defendant Santander Consumer USA Inc | Public |
| N/A (Details) | 09/17/2025 12:00 AM | N/A | N/A | Alex Headley | Filing Other | Civil Action in Replevin Rebuttal to Counsel Motion | Public |
| N/A | 09/12/2025 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 94F093BFE0F6C | 09/10/2025 3:08 PM | Matthew Michael Petersen | Bryan Cave Leighton Paisner LLP | Chrysler Capital Trademarked Through Fca | Response | Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 (w/attach) | Public |
| | | | | | Exhibit – Attach to Pleading/Doc | Ex. 1 to Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 - Chrysler Capital Declaration | Protected |
| | | | | | Exhibit – Attach to Pleading/Doc | Ex. 2 to Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 - Lease | Protected |
| | | | | | Exhibit – Attach to Pleading/Doc | Ex. 3 to Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 - CCAP Auto Lease Ltd Certificate of Title | Protected |
| | | | | | Exhibit – Attach to Pleading/Doc | Ex. 4 to Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 - Chrysler Capital Payment History for J. Headley Lease | Protected |
| | | | | | Exhibit – Attach to Pleading/Doc | Ex. 5 to Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 - Chrysler Capital Ltr dated 5.5.2021 | Protected |
| | | | | | Exhibit – Attach to Pleading/Doc | Ex. 6 to Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 - Chrysler Capital Purchase Price Quote 5.5.2021 | Protected |
| | | | | | Exhibit – Attach to Pleading/Doc | Ex. 7 to Defendant's Response to Second Amended Order to Show Cause Pursuant to C.R.C.P. 104 - Chrysler Capital Ltr dated 2.6.2025 | Protected |
| FABBA2D7E94F1 | 09/10/2025 2:42 PM | Kristen Marie Kennedy | Bryan Cave Leighton Paisner LLP | Chrysler Capital Trademarked Through Fca | Entry of Appearance | Entry of Appearance | Public |

2

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 84E765878E7A4 | 09/10/2025 2:39 PM | Matthew Michael Petersen | Bryan Cave Leighton Paisner LLP | Chrysler Capital Trademarked Through Fca | Entry of Appearance | Entry of Appearance | Public |
| N/A (Details) | 09/10/2025 12:00 AM | N/A | N/A | Alex Headley | Return of Service | Declaration of Service - Chrysler Capital | Public |
| N/A (Details) | 08/27/2025 2:31 PM | Jill Deborah Dorancy | Denver County - District | N/A | Order | SECOND AMENDED ORDER TO SHOW CAUSE PURSUANT TO C.R.C.P. 104 | Public |
| N/A | 08/27/2025 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 08/27/2025 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 08/19/2025 12:00 AM | N/A | N/A | Est of James Headley | Return of Service | Return of Service - served to Cristal Faucett on behalf of Chrysler Capital Trademarked | Public |
| N/A (Details) | 08/04/2025 2:41 PM | Jill Deborah Dorancy | Denver County - District | N/A | Order | Amended Order to Show Cause | Public |
| N/A | 08/04/2025 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 07/24/2025 3:43 PM | Jill Deborah Dorancy | Denver County - District | N/A | Order | Order to Show Cause | Public |
| N/A (Details) | 07/18/2025 3:16 PM | Jill Deborah Dorancy | Denver County - District | N/A | Order | Pre-Trial Order and Discovery Protocol | Public |
| N/A (Details) | 07/18/2025 3:15 PM | Jill Deborah Dorancy | Denver County - District | N/A | Order | Delay Reduction Order | Public |
| N/A (Details) | 07/17/2025 12:00 AM | N/A | N/A | Alex Headley | Filing Other | Civil Action Damages to the Decedent Estate of James Headley Replevin Action | Public |
| N/A (Details) | 07/17/2025 12:00 AM | N/A | N/A | Alex Headley | Request | Request for Hearing for a Motion to Affix a Bond for Replevin Action | Public |
| N/A (Details) | 07/17/2025 12:00 AM | Nikolaus Von Zender | Denver County - District | N/A | Summons - Issued | District Court Civil Summons | Public |
| N/A (Details) | 07/17/2025 12:00 AM | N/A | N/A | Alex Headley | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |
| N/A (Details) | 07/17/2025 12:00 AM | N/A | N/A | Alex Headley | Exhibit - Attach to Pleading/Doc | Exhibit to Verified Complaint in Replevin | Protected |
| N/A (Details) | 07/17/2025 12:00 AM | N/A | N/A | Alex Headley | Complaint | Verified Complaint in Replevin with attach | Public |

3

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Alex Headley | Plaintiff | Active | N/A |
| Chrysler Capital Trademarked Through Fca | Defendant | Active | KRISTEN MARIE KENNEDY (Bryan Cave Leighton Paisner LLP) MATTHEW MICHAEL PETERSEN (Bryan Cave Leighton Paisner LLP) |
| Est of James Headley | Plaintiff | Active | N/A |
| Licensed Under Santander Consumer Usa In | Defendant | Active | N/A |

4