# EXHIBIT 2

☐ County Court ☐ District Court
Denver District Court
County, Colorado
Court Address:
1437 Bannock, Room 256
Denver CO 80202

Plaintiff(s)/Petitioner(s): Alex Headly / Estate of James Heady

v. Chrysler Capital trademarked Through FCA, LLC
and Licensed under Santander Consumer USA Inc.

Defendant(s)/Respondent(s):

| FILED IN DENVER DISTRICT COURT |
|---|

DATE FILED
July 17, 2025    JUL 17 2025
CASE NUMBER: 2025CV534
DENVER, COLORADO
COUNTER CLERK SP

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
Alex Headley
383 Hummingbird Little Silverthorne Co 80498
PO B 1141
Phone Number: 970-390-7785    E-mail: Aheadley17@quail.com
FAX Number:    Atty. Reg. #:

Case Number:
**25 C V 5 3 4**

Division    Courtroom 203

### VERIFIED COMPLAINT IN REPLEVIN

The Plaintiff(s) brings this action to recover the possession of personal property pursuant to Rule of Civil Procedure 104 or Rule of County Court Civil Procedure 404. In support of this Complaint, the Plaintiff(s) states:

1. This ☐ County Court ☑ District Court has jurisdiction over this matter pursuant to §13-6-104(1), C.R.S. based on the value of the personal property claimed being $ _under 50,000.00_.

2. Venue is proper as the Defendant(s) resides in this county, and all acts pertaining to the claims identified in this complaint took place in this county.

3. A complete list and valuation of the personal property claimed is attached to this Complaint and marked as "Exhibit A".

4. Plaintiff is the owner of the property claimed or is entitled to possession of the property because:
   _Has valid Bill of sale & COT in possession._

☑ The Plaintiff's interest in such property is based upon a written instrument.
☑ Copies are attached and marked as "Exhibit B".

5. Plaintiff's property is wrongfully being detained by the Defendant(s) against the Plaintiff(s)' claim of right to possession.

JDF 116    R8-18    VERIFIED COMPLAINT IN REPLEVIN                Page 1 of 4

6. The means by which the Defendant(s) came into possession of the property and the specific facts constituting detention against the right of the Plaintiff(s) to possession are as follows: (State the source of your right to the property, how the Defendant(s) took possession, and why you believe the Defendant(s) is/are wrongfully detaining the property from you.)

Property was stolen from a hotel parking lot June 8th between midnight & 9 Am - We had no Idea it was Repossed by Chrysler until I had called Glendale P.D. & Was told them it was Repossed - My Dad had paid it off in may of 2021 - Recived Title & Billofsale then - never heard from Chrysler again.

7. To the best of the Plaintiff(s)' knowledge, information and belief, the Defendant(s) residence and business address are as follows:

Residence Address

Business Address

8. To the best of Plaintiff(s) knowledge, information and belief, the property at issue presently is located at the following address:

Top Dawg Asset Recovery   - 720-301-3320 Phone
720-306-2497   FAX

9. Plaintiff(s) has made demand upon the Defendant(s) for return of the property. Plaintiff(s) has not received the property from the Defendant(s) despite such demand and continues to be deprived of the use and enjoyment of the property.

10. The property at issue has not been taken for a tax assessment or a fine pursuant to statute; or seized under an execution against the property of the Plaintiff(s); or if so seized, it is by statute exempt from seizure.

11. Pursuant to CRCP 104 or CRCCP 404, the Plaintiff(s) is entitled to an order of this Court directing the Defendant(s) to restore the Plaintiff(s) possession of the property listed in "Exhibit A", or for judgment for the value thereof, if delivery cannot be made, and for damages for detention of the property.

**WHEREFORE, Plaintiff(s) respectfully requests the following relief:**

❏That the Court issue an Order to Show Cause directed to the Defendant(s) to show cause why the property listed in the Complaint should not be taken from the Defendant(s) and delivered to the Plaintiff(s);

☒That the Court set a Show Cause Hearing within 14 days as required by CRCP Rule 104(c) or CRCCP 404(c), to make a preliminary determination concerning the right to possession of all property described in the Complaint;

☒That the Court enter judgment for the Plaintiff(s) for the possession of the property listed in the Complaint or for the value thereof, in case delivery cannot be made, plus damages for detention and for any property not returned or returned in damaged condition; and

☒That the Court award the Plaintiff(s) court costs, attorney fees (if any), plus such other relief as is just and proper.

❏Other: _____

❏ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

❏ By checking this box, I am acknowledging that I have made a change to the original content of this form.

---

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __16th__ day of __July__ , __2025__ , at __Denver County__

      (date)     (month)       (year)     (city or other location, and state OR country

__Alex Headley__                    __[signature]__

(printed name of Plaintiff/Petitioner)           Signature of Plaintiff/Petitioner

__383 Hummingbird Circle  Silverthorne Co [80498]__

Address

__970 - 390-7785__              __970·575·0210__

Phone Number (Home)           (Work)

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the _____ day of _____, _____, at _____

      (date)     (month)       (year)     (city or other location, and state OR country

_____     _____

(printed name of Plaintiff/Petitioner)           Signature of Plaintiff/Petitioner

_____

Address

_____

Phone Number (Home)           (Work)

JDF 116   R8-18   VERIFIED COMPLAINT IN REPLEVIN               Page 3 of 4