# EXHIBIT 3

## EXHIBIT A

| Property Seized | DATE FILED | Value |
|---|---|---|
| 2018 RAM 1500 BLK | July 17, 2025 | 40,000.00 |
| VIN# 1C6RR7LTXJS135527 | CASE NUMBER: 2025CV534 | |
| | | |
| Personal property inside Vehicul- | | 2,500.00 |
| Binder with personal Private Property | | |
| multiple Personal Goods including | | |
| Baseball equipment - Gloves/Bats/shoes | | |
| multipleTOOLS & equipments | | |
| FloorMATS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

JDF 116   R8-18   VERIFIED COMPLAINT IN REPLEVIN

Page 4 of 4

1

Chrysler Capital
P.O. Box 961272
Ft. Worth TX 76161



**CHRYSLER**

C A P I T A L

Exhibit "B"
Bill of Sale for
2018 Ram 1500

05/28/2021

JAMES HEADLEY
PO BOX 1141
SILVERTHORNE CO 80498-1411

## BILL OF SALE

Chrysler Capital hereby sells and conveys unto all of its right, title and interest in and to the following described property:

2018  RAM  1500 CREW C
1C6RR7LTXJS135527

| | |
|---|---:|
| Contract Obligation: | $25,381.35 |
| Sales Tax:* | $0.00 |
| Property Tax: | $0.00 |
| Luxury Tax: | $0.00 |
| TOTAL: | $25,381.35 |

*Any taxes levied by state or local tax authorities in excess of the taxes shown above are the responsibility of the new owner.

**For all buyers other than in Arizona, Hawaii and West Virginia, please review the notice below which applies to you:**

**In Connecticut, District of Columbia, Kansas, Maine, Maryland, Massachusetts and Mississippi, the following applies: No written or verbal representation, promise or warranty has been made regarding the vehicle's condition.**

**In all other jurisdictions, the following applies: The vehicle is being sold "AS IS".  No representation, promise or warranty, expressed or implied, has been made regarding the vehicle's condition, merchantability, suitability or fitness for a particular purpose.**

You may receive a subsequent billing(s) for amounts owed under your lease which become due and payable after the termination of your lease and payment of this amount. Some possible charges, where applicable, may include personal property taxes, parking tickets, official State fees and taxes, etc.

**Chrysler Capital**

By: _____     Date: 05/28/2021

Printed Name: _____Melissa Watts - Agent_____

©2013 Chrysler Capital. Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital.

1C6RR7LTXJS135527 (CO)                          CY-BS-SL                                    RD-19221
CCAP AUTO LEASE LTD

2



DO NOT ACCEPT WITHOUT VERIFYING EAGLE WATERMARK IN PAPER.

DR 2001

**STATE OF COLORADO**
**CERTIFICATE OF TITLE**
****MOTOR VEHICLE****

TITLE NUMBER
61E360130

ODOMETER
280          A

| VIN | YEAR | MAKE | MODEL | BODY |
|-----|------|------|-------|------|
| 1C6RR7LTXJS135527 | 2018 | DODG | | PK LTK |

MAIL TO

Exhibit "C"
COT for
2018 Ram 1500

ODOMETER LEGEND:
A - Actual Mileage
E - Exceeds mechanical limits
N - Not actual mileage; WARNING
ODOMETER DISCREPANCY

CWT/CAP/SIZE
CWT 53

PREVIOUS TITLE
MSO

FUEL

CCAP AUTO LEASE LTD
P O BOX 961272
FORT WORTH, TX 76161

TITLE BRANDS

DATE PURCHASED
04/30/2018

DATE ACCEPTED
05/30/2018

DATE ISSUED
06/27/2018

OWNER
CCAP AUTO LEASE LTD

FIRST LIENHOLDER                         DATE FILED

FILE NUMBER

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN          LIEN EXTENDED TO COUNTY          MATURITY DATE

Authorized Agent's Signature  Date

SECOND LIENHOLDER                         DATE FILED

FILE NUMBER

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN          LIEN EXTENDED TO COUNTY          MATURITY DATE

Authorized Agent's Signature  Date

THIRD LIENHOLDER                         DATE FILED

FILE NUMBER

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN          LIEN EXTENDED TO COUNTY          MATURITY DATE

Authorized Agent's Signature  Date

FOURTH LIENHOLDER                         DATE FILED

FILE NUMBER

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN          LIEN EXTENDED TO COUNTY          MATURITY DATE

Authorized Agent's Signature  Date

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED, SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN.

EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF REVENUE          DATE DUPLICATE ISSUED

MICHAEL S. HARTMAN

01344791

KEEP IN SAFE PLACE · ANY ALTERATION OR ERASURE VOIDS THIS TITLE

VOID IF ALTERED

3

**TRANSFER OF OWNERSHIP/BUYER(S) REQUIREMENT-** Upon the sale or transfer of a motor vehicle the owner in whose name the certificate of title is issued shall execute a formal transfer of the vehicle. Within **60 days** the buyer shall present the certificate of title together with an application for title to an authorized agent pursuant to C.R.S. 42-6-110.

**TRANSFER OF OWNERSHIP/SELLER(S) REQUIREMENT-** When the owner of a motor vehicle transfers or assigns the certificate of title to a buyer, the registration of such vehicle shall expire and the seller shall remove the license plates pursuant to C.R.S. 42-3-115.

**ODOMETER CERTIFICATION** - Federal and state law requires the seller to declare the mileage of the motor vehicle and requires the buyer to acknowledge the mileage of the motor vehicle upon transfer of ownership. The seller and buyer are required to print and sign their name to acknowledge the mileage pursuant to 49 USC 327.

**THE SELLER(S) CERTIFIES, UNDER PENALTY OF PERJURY IN THE SECOND DEGREE, THAT THE SELLER(S) SIGNATURE(S) RELEASES AND TRANSFERS INTEREST IN THE VEHICLE AND THE ODOMETER READING AND DECLARATION ARE TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE.**

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW**

## ASSIGNMENT BY OWNER(S)

| Odometer Reading 37,150. 00 — No Tenths | ☑ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name JAMES HEADLEY |
| --- | --- | --- |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title) *Eve Newman Colley Ass't* | | Buyer's Signature Acknowledges Odometer Reading *(signature)* |
| Seller's Signature *(signature)* | CCAP AUTO LEASE LTD | Buyer's Hand Printed Name |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title) | | Buyer's Hand Printed Name |
| Seller's Signature | | Buyer's Hand Printed Name |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title) | | Buyer's Hand Printed Name |
| Seller's Signature | | Buyer's Hand Printed Name |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title) | Date of Sale | Buyer's Physical Address |
| Seller's Signature | Purchase Price | Buyer's City, State, ZIP |

## THE FOLLOWING REASSIGNMENT MAY ONLY BE USED BY LICENSED DEALERS.

### 1ST DEALER REASSIGNMENT

| Odometer Reading No Tenths | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name(s) |
| --- | --- | --- |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 2ND DEALER REASSIGNMENT

| Odometer Reading No Tenths | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name(s) |
| --- | --- | --- |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 3RD DEALER REASSIGNMENT

| Odometer Reading No Tenths | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name(s) |
| --- | --- | --- |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

**• NO ADDITIONAL REASSIGNMENTS PERMITTED - Last Assignee must obtain title in their name(s)**

4

Exhibit
"D"
Power of Attorney RAM
for 2018 RAM 1500 Certified original
copy
cell phone 6/30/25

LIMITED POWER OF ATTORNEY

STATE OF COLORADO

KNOW ALL PERSONS BY THESE PRESENTS:

I, James G. Headley, residing at 383 Hummingbird Circle, Silverthorne, Colorado 80498, hereinafter referred to as the "Principal," do hereby appoint Alexander A. Headley, residing at PO Box 305, Kiowa, Oklahoma, 74553, as my true and lawful Attorney-in-Fact, with limited authority to act on my behalf solely with respect to the following vehicles and accounts, as described below:

1. **Vehicles and Associated Accounts**:

   - ~~2016 ... with an associated account at Ally Financial, Account Number ...~~

   - ~~2020 Allison ... VIN: ... with an associated account at ... Account Number ...~~

   - 2018 RAM 1500, VIN: 1C6RR7LTXJS135527, paid in full, with a former lease at Chrysler Capital, Lease Number 21383442. ~~...~~

**Powers Granted**: The Attorney-in-Fact is authorized to perform the following acts on my behalf, limited to the vehicles and accounts listed above:

1. To register, transfer, sell, or otherwise manage the title and registration of the specified vehicles with the Colorado Department of Motor Vehicles or other relevant authorities.
2. To execute documents, forms, or agreements necessary for the maintenance, sale, or transfer of the specified vehicles.
3. To ~~access, manage, withdraw funds from, deposit funds into, or close the specified accounts~~ at ~~Ally Financial or other financial institution~~, as applicable.
4. To resolve any matters related to the former lease with Chrysler Capital for the 2018 RAM 1500, including obtaining documentation or clearing title.
5. To communicate with financial institutions, government agencies, or other entities as necessary to carry out transactions related to the specified vehicles and accounts.
6. To sign and execute any documents required to effectuate the above powers.

**Limitations**: This Power of Attorney is strictly limited to the vehicles and accounts listed above. The Attorney-in-Fact has no authority to act on my behalf in any other matters, including but not limited to real property, healthcare decisions, or other financial accounts not specified herein.

**Duration and Durability**: This Power of Attorney shall become effective upon execution and shall remain in effect until revoked in writing by the Principal or until December 31, 2025, whichever occurs first, unless otherwise terminated by operation of law. Pursuant to C.R.S. § 15-14-704, this Power of Attorney is durable and shall not be affected by the Principal's subsequent disability or incapacity.

5

**Third Party Reliance**: Third parties may rely upon the authority granted herein until they receive written notice of revocation or termination of this Power of Attorney.

**Governing Law**: This Power of Attorney shall be governed by the laws of the State of Colorado, including but not limited to the Colorado Uniform Power of Attorney Act (C.R.S. § 15-14-701 et seq.).

IN WITNESS WHEREOF, I have executed this Limited Power of Attorney on this 13th day of June, 2025.

_James G. Headley (signature)_                    _Emily J Headley (signature)_
                                                  AS POA for
James G. Headley (Principal)                       JAMES G. HEADLEY
SIGNATURE AFFIXED BY EMILY J HEADLEY
AT THE DIRECTION OF JAMES G HEADLEY

**NOTARY ACKNOWLEDGMENT**

STATE OF COLORADO COUNTY OF SUMMIT

On this 13th day of June, 2025, before me, a Notary Public, personally appeared James G. Headley, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained. _Signed by Emily Headly who claims Power of attorney over James G Headly DEL_

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Dale Lockard (signature)_

---

Notary Public My Commission Expires: 05/25/2027 [Notary Seal]

DALE LOCKARD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234019797
MY COMMISSION EXPIRES 05/25/2027

6

**\*\*ACCEPTANCE OF APPOINTMENT\*\***:

I, Alexander A. Headley, accept the appointment as Attorney-in-Fact under this Limited Power of Attorney and agree to act in accordance with its terms and the laws of the State of Colorado.

_[signature]_ / as Attorney in fact

Alexander A. Headley (Attorney-in-Fact)

**\*\*NOTARY ACKNOWLEDGMENT\*\***

STATE OF COLORADO COUNTY OF SUMMIT

On this 13th day of June, 2025, before me, a Notary Public, personally appeared James G. Headley, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

--- _[signature]_

Notary Public My Commission Expires: 05/25/2027 [Notary Seal]

DALE LOCKARD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234019797
MY COMMISSION EXPIRES 05/25/2027

7

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                              TIME  : 06/12/2025 11:05AM
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : U65180G1N528271


    DATE,TIME              06/12  11:04AM
    FAX NO./NAME           17203062497
    DURATION               00:01:06
    PAGE(S)                03
    RESULT                 OK
    MODE                   STANDARD
```

*Exhibit "E"*
*Fax sent to Tow Company*

ATTN: Tow Company
TOD Dawg Asset Recovery

From: Jim & Alex Headley
Via - Fax - 720-306-2497

RE: 2018 Ram 1500 Black

towed from Staybridge Suites
6/8/25 - Chrysler had an
unlawful Repo Order on our
truck Vin # xxx 135527.

My Dad has been battling Cancer for
4 years we were in hotel to stay while
in hospital. -

8

Attn: Tow Company
TOP Dawg Asset Recovery

From: Jim & Alex Headley
Via - Fax - 720-306-2497

RE: 2018 Ram 1500 Black

towed from Staybridge Suites
6/8/25 - Chrysler had an
unlawful Repo Order on our
Truck Vin # xxx 135527.

My Dad has been battling Cancer for
4 years we were in hotel to stay while
He was in hospital. -

You can see my bill of sale
fully executed & Stamped by Chrysler
That We own the truck you have
~~they~~. unlawfully Reposessed - Stolen;
I will expect the truck to be delivered
unharmed with "all" Personal belongings
intact to 383 Hummingbird Circle
Silverthorne Co 80498 -

1.

9

I have Attempted to Call & follow your website to no availabitly - you need to Return our truck - within 48 hrs from today

Please email me back or Call

Ajinvestments.alex@gmail.com

970-390-7785 -cell-

This is my Final Request before I initiate lawfull Process.

Attached bill of Sale. Dated 5/28/21 Chrysler has Zero Ownership or Lawful Claim to our truck.

Alex Hady guiduris
6/12/25        12:03 pm.

10