# EXHIBIT 4

☐**FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL
PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY
COMPLAINT AND JURY DEMAND**

DATE FILED
July 17, 2025
CASE NUMBER: 2025CV534

| | |
|---|---|
| District Court ___Denver District Court___ County, Colorado<br>Court Address: 1437 Bannock, Room 256<br>Denver CO 80202 | FILED IN DENVER<br>DISTRICT COURT<br>JUL 1 7 2025<br>DENVER, COLORADO<br>COUNTER CLERK SP |
| Plaintiff(s): Alex Headley, Estate of Decedent James Headley<br>v.<br>Defendant(s): Chrysler Capital trademarked through FCA,LLC and licensed under Santander Consumer USA, Inc | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alex Headley<br>PO B 1141 Silverthorne Co 80498<br>Phone Number: 970 390 7785  E-mail: Aheadley17@gmail.com<br>FAX Number:  Atty. Reg. #: | Case Number:<br>**25 C V534**<br>203 |

| DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,<br>COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT<br>AND JURY DEMAND |
|---|

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☐ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

    By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

    **Or**

JDF 601SC  R3-22  DISTRICT COURT CIVIL (CV) CASE COVER SHEET          Page 1 of 2

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** 7/17/25

_____
**Signature of Party**

**Date:** _____

_____
**Signature of Attorney for Party (if any)**_____

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

JDF 601SC  R3-22  DISTRICT COURT CIVIL (CV) CASE COVER SHEET          Page 2 of 2