# EXHIBIT 6

Denver District Court
1437 Bannock, Room 256
Denver CO 80202

Alex Headley
383 Hummingbird Circle, POB 1141
Silverthorne, CO 80498
ajinvestments.alex@gmail.com

FILED IN DENVER
DISTRICT COURT

JUL 17 2025

DENVER, COLORADO
COUNTER CLERK____

DATE FILED
July 17 2025
CASE NUMBER: 2025CV534

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF
COLORADO, IN AND FOR THE COUNTY OF DENVER

| | |
|---|---|
| Alex Headley, Estate of the Decedent James Headley<br>Plaintiff<br>V | CASE No.  **2 5 C V 5 3 4** - 203 |
| Chrysler Capital trademarked Through FCA LLC and Licensed under Santander Consumer USA Inc<br>DEFENDANTS/RESPONDENTS | REQUEST FOR HEARING FOR A MOTION TO AFFIX A BOND FOR REPLEVIN ACTION |

COMES NOW, Alex Headley, the Plaintiff, whom reached the age majority, competent to state the following facts, do claim the following statements are true and correct and affirm they are under the penalties of perjury,

The Plaintiff motions the court for a hearing of a Motion To Affix Bond Amount in the matters of a replevin action to cover the undertaking in which remedies the Defendant in this case.

By _____ , date 7/15/25
Alex Headley

Title:_

| REQUEST FOR HEARING FOR A MOTION TO AFFIX A BOND FOR REPLEVIN ACTION |
|---|

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

}SS: Denver County

State of Colorado)

On this __15th Day of July 2025__ , the Plaintiff named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on this trust is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

Date: 15 July 2025
By_____
_____, Notary

**Public**
**My Commission** Expires: Oct 08, 2028

| LYNN TIBBETTS<br>NOTARY PUBLIC<br>STATE OF COLORADO<br>NOTARY ID 20244037442<br>MY COMMISSION EXPIRES OCTOBER 08, 2028 |
|---|

1