# EXHIBIT 7

Denver District Court
1437 Bannock, Room 256
Denver CO 80202

Alex Headley
383 Hummingbird Circle, POB 1141
Silverthorne, CO 80498
ajinvestments.alex@gmail.com

FILED IN DENVER
DISTRICT COURT

JUL 17 2025

DENVER, COLORADO
COUNTER CLERK_____

DATE FILED
July 17, 2025
CASE NUMBER: 2025CV534

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF
COLORADO, IN AND FOR THE COUNTY OF DENVER

| Alex Headley, Estate of the Decedent James Headley<br>Plaintiff<br>V | CASE No.  **25CV534** -203 |
|---|---|
| Chrysler Capital trademarked Through FCA LLC and Licensed under Santander Consumer USA Inc<br>DEFENDANTS/RESPONDENTS | Civil Action<br>Damages to the Decedent Estate of James Headley<br>Replevin Action |

COMES NOW, Alex Headley ( hereinafter "Plaintiff" ), whom reached the age of majority, competent to state the following facts, stating a claim wherein liability is created and relief shall be granted, does make this claim under the penalties of perjury.

Table of Contents:

Table of Contents...................................................................................I
Express Powers....................................................................................II
Introduction.........................................................................................II
Statement of Jurisdiction.....................................................................II
Statutory Claims..................................................................................II
Colorado Case Law..............................................................................III
Liability............................................................................................. III
Charging Instrument............................................................................III
Redress of Grievance...........................................................................IV
Claim Where Relief Shall be Granted...................................................IV
Summary in Conclusion.......................................................................IV
Jurat...................................................................................................V

Alex Headley
383 Hummingbird Circle, POB 1141
Silverthorne, CO 80498
ajinvestments.alex@gmail.com

## Express Powers

The express powers herein secured are by and through the Colorado Revised Statutes, in succession with the State of Colorado Constitution, annexed with the Colorado Civil Rules of Procedure and the Uniform Commercial Code.

Colorado Constitution Section 3- Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property, and of seeing and obtaining safety and happiness.

Section 25- Due Process of Law. No person shall be deprived of life, liberty or property without due process of law.

## Introduction

Chrysler Capital trademarked through FCA LLC and Licensed under **Santander Consumer USA Inc,** has repossessed a 2018 Dodge Ram 1500 from the Decedent estate of James Headley, whom Alex Headley is the authorized representative, that the Defendant's no longer had the intangible rights to the aforementioned vehicle because the title and Bill of Sale was produced to James Headley while still alive, paid in full four years ago. The Defendant's claim that the check bounced but then cannot prove that it has done so. The Plaintiff's father, James Headley, did not bounce checks. If the check did bounce, four years later the Defendant has failed to make any claim about it bouncing, passing the statute of limitations.

## Statement of Jurisdiction

The violations occurred within the geographical metes and bounds of the State of Colorado, under the Uniform Commercial Code § 9-301(1) local law of that jurisdiction governs perfection. Colorado Revised Statutes § 4-9-301 gives the superior court jurisdiction of any commencement of action of the commission of a replevin act within the State of Colorado and remedy damages, sufficing territorial, personal and subject matter jurisdiction.

## Statutory Claims

Colorado Revised Statutes Title 13. Courts and Court Procedures § 13-80-103.5- General Limitation of actions- six years.

Colorado Revised Statutes Title 13. Courts and Court Procedures § 13-16-106 Costs of Replevin

Colorado Rules of Civil Procedure- Rule 404- Replevin

2

Alex Headley
383 Hummingbird Circle, POB 1141
Silverthorne, CO 80498
ajinvestments.alex@gmail.com

## Colorado Case Law

Denver V. Desert Truck Sales, Inc. 837 P.2d 759 (1992)

White V. Jackson 586 P.2d 243 (1978)

Wimmershoff V. Finger (2003) No. 02CA1392.

## Liability

A security agreement by Chrysler Capital and James Headley no longer existed for 4 years due to a comprehensive payoff from James Headley, Chrysler Capital cannot perfect an interest and cannot be a secured party when the security agreement no longer exists being that the debt was discharged by legal tender of payment made in the total value of the debt owed.

Without a security agreement, the Plaintiff having title in hand and a Bill of Sale proving in evidence that the vehicle has been paid off, thus the taking of the Plaintiff's 2018 Dodge Ram 1500 is violating the intangible rights of the vehicle to the Plaintiff and the Plaintiff not having the tangible vehicle being that it was taken without a security agreement where Chrysler Capital licensed under Santander Consumer USA Inc is intending in selling which creates damages to the Plaintiff.

## Charging Instrument

On June 8th, 2025, in between the time of midnight and nine in the morning, the Plaintiff's Dodge Ram 1500 as to which the Plaintiff acquired as inheritance from the Decedent estate of James Headley, the Plaintiff's biological father, was taken and claimed to be repossessed by Chrysler Capital licensed under Santander Consumer USA Inc.

Chrysler Capital licensed under Santander Consumer USA Inc. no longer held the note to the vehicle, the vehicle was paid of in full with legal tender of payment for the full amount own on the vehicle.

The Plaintiff's father being of age has never went and titled the 2018 Dodge Ram 1500 into the Plaintiff's father's name or a trust and Chrysler Capital is using the means of the lack of title transfer to steal the intangible and tangible rights of the Plaintiff's private property. Chrysler licensed under Santander Consumer USA Inc. claims that the Plaintiff's check has bounced four years ago, by also claiming that they cannot find the bounced check nor cannot find the accounting for said transaction on the security agreement. Thus acted without any clean hands and trying to perform on an equity that does not exist.

3

Alex Headley
383 Hummingbird Circle, POB 1141
Silverthorne, CO 80498
ajinvestments.alex@gmail.com

## Redress of Grievance

The Plaintiff has right of replevin action to recover the private property of the 2018 Dodge Ram 1500 plus recourse for damages under Title 38 § 38-1-101-38-53-110.

## Claim Where Relief Shall Be Granted

The plaintiff is entitled to both legal remedy and equitable remedy. Legal remedy for damages spending time, energy and labor in claim to receive the Plaintiff's private property returned to the Plaintiff. That shall value with reasoning and equivalent to the performance the Plaintiff offers in service in regular work.

Equitable remedy for an injunction in replevin in returning said property, as well as equitable remedy for payment to the Plaintiff in renting the vehicle from the Plaintiff for the possession of the 2018 Dodge Ram 1500 for the duration that is in possession of said aforementioned vehicle as ruled in the case Denver V. Desert Truck Sales, Inc. 837 P.2d 759 (1992). By what is reasoning in common rental agreements.

The Defendant have had four years to make claim and prove that payment of said security in a form of check from Plaintiff's father, James Headley, has bounced and failed to make such claim surpassing the statute of limitations as ruled in White V. Jackson 586 P.2d 243 (1978).

The Plaintiff also seek remedies for all court costs and fees and everything associating in the costs of the case for performance as was ruled in Wimmershoff V. Finger (2003) No. 02CA1392.

## Summary in Conclusion

The Defendant took a vehicle of a 2018 Dodge Ram 1500 belonging to the Plaintiff in an inheritance from the Plaintiff's deceased father James Headley. The Defendant did not have any intangible rights to the car being that the title was signed over and a Bill of Sales was given to the Plaintiff's father. The Plaintiff's father was responsible and paid all bills of the Plaintiff's father. The Plaintiff's father did not bounce checks. No complaint was made in the entire four years after the Plaintiff's father made comprehensive payment on the aforementioned vehicle. The Defendant has taken the vehicle without clean hands, without any legal notice, creating a legal impossibility entrapping the Plaintiff from possessing and use of the property, thereby causing damages to the Plaintiff.

4

Alex Headley
383 Hummingbird Circle, POB 1141
Silverthorne, CO 80498
ajinvestments.alex@gmail.com

**_Jurat_**

By _____ , date 7/15/25
Alex Headley

Title:_

| |
|---|
| Civl Action<br>Damages to the Decedent Estate of James Headley<br>Replevin Action |

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

}SS: Denver County

State of Colorado)

On this ___15 th Day of July 2025___ , the Plaintiff named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on this trust is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

Date: 15 July 2025

By_____

_____ , Notary

**Public**
**My Commission** Expires: Oct 08, 2028

LYNN TIBBETTS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244037442
MY COMMISSION EXPIRES OCTOBER 08, 2028

5