# EXHIBIT 8

| DISTRICT COURT, CITY & COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street, Room 203<br>Denver, Colorado 80202 | DATE FILED<br>July 1COURT USE ONLY▲<br>CASE NUMBER: 2025CV534 |
|---|---|
| Plaintiff: **Alex Headley et al.**<br><br>v.<br><br>Defendant(s): **Chrysler Capital Trademarked Through FCA** | **Case No.: 25CV534**<br>**Courtroom:  203** |
| **DELAY REDUCTION ORDER** | |

All civil courtrooms are on a delay reduction docket.

**IF AN ATTORNEY OR PRO-SE PARTY FAILS TO COMPLY WITH THIS ORDER, THE COURT MAY DISMISS THE CASE WITHOUT PREJUDICE.  THIS ORDER IS THE INITIAL NOTICE REQUIRED BY C.R.C.P 121 § 1-10, AND C.R.C.P. 41(B)(2).**

A.  In all civil actions, the following deadlines must be met:

1.  **Service of Process:** Proof of service of process under C.R.C.P. 4 for all defendants must be filed within **63 days** after the date of filing of the complaint. After **63 days**, the action may be dismissed by the Court against any defendant for whom proof of service has not been filed.

2.  **Default:** The Clerk of Court shall enter a Clerk's Default against defaulting defendants under C.R.C.P. 55(a) within fourteen (14) days after default has occurred absent an application for entry of Clerk's Default by Plaintiff.

    Motions for entry of default judgment, or a short statement that describes why an entry of default judgment under C.R.C.P. 55(b) is inappropriate at this time, must be filed within **14 days** after default has occurred and must comply with C.R.C.P. 121 § 1-14. Motions must also include a Certificate of Mailing to all parties against whom default judgment is sought.

    Reasonable inquiry regarding a person's military status requires confirmation through the Department of Defense's Servicemembers Civil Relief Act website (https://scra.dmdc.osd.mil) or equivalent confirmation.

3.  **Trial Setting:** The Responsible Attorney as defined in C.R.C.P. 16(b)(2) must file and serve a Notice to Set the case for trial and must complete

1

1

the setting of the trial no later than **14 days** from the date the case is at issue. <u>You must include in your notice how many days for trial and whether jury trial or court trial.</u> (Note: this is a shorter timeframe than would otherwise be required by C.R.C.P. 16.1(g).)  A case is "at issue" when: (a) all parties have been served and have filed all pleadings permitted by C.R.C.P. 7; or (b) defaults or dismissal have been entered against all non-appearing parties; or (c) at such other time as the Court directs.  **Setting days and hours are Tuesday, Wednesday, and Thursday from 10:00 a.m. to 12:00 p.m.**

4.  <u>Cases filed under **C.R.C.P. 16:**</u>

   a) **Case Management Conference:** The notice to set trial must also include a notice to set a Case Management Conference as required by C.R.C.P. 16(d)(1), to be held no later than **49 days** after the case is at issue.

   b) **Proposed Case Management Order:** At least **7 days** before the Case Management Conference, the parties must file, in editable format, a proposed Case Management Order consisting of the matters set forth in C.R.C.P. 16(b)(1)-(17) and take all necessary actions to comply with those subsections.

   c) **Waiver of Case Management Conference:**  If all parties are represented by counsel, a joint request to waive the case management conference may be included in the proposed Case Management Order, but unless such a request has been granted, counsel and any unrepresented parties should plan on appearing for the case management conference.

5.  <u>Cases filed under **C.R.C.P. 16.1:**</u>

   a) **Certificate of Compliance:** Not later than **49 days** after the case is at issue, the Plaintiff (or the Responsible Attorney) must file a Certificate of Compliance as required under C.R.C.P. 16.1(h).  No Case Management Order or Case Management Conference is required.

B:  Additionally, in all civil actions, the following provisions apply:

**Service of this Order:** The Plaintiff or Responsible Attorney must send a copy of this order to all other parties who enter an appearance.

**Related Cases:** An attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case an Information Regarding Related Case(s) form, available in Room 256 of the City and County Building or online at:
https://www.courts.state.co.us/userfiles/file/Information_Regarding_Related_Cases_Form(1).doc

2

2

3

C:    If any party or witness will require an interpreter, please notify the Courtroom Clerk as soon as possible and in no event later **ninety-one (91) days before the trial date**.

Done: July 18, 2025.        **BY THE COURT:**

Jill D. Dorancy
District Court Judge

3

3