# EXHIBIT 10

| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street, Room 256<br>Denver, CO 80202<br><br>Plaintiff: Alex Headley<br><br>v.<br><br>Defendants: Estate of James Headley and Chrysler Capital Trademarked through FCA | DATE FILED<br>July 24, 2025 3:43 PM<br>CASE NUMBER: 2025CV534<br><br>▲ COURT USE ONLY ▲<br>_____<br><br>Case No.: 25CV534<br><br>Courtroom: 203 |
|---|---|
| **ORDER TO SHOW CAUSE** ||

Notice to Defendants: **Estate of James Headley and Chrysler Capital Trademarked through FCA**

THIS MATTER being heard on the basis of the Plaintiff': **Alex Headley's** Verified Complaint in Replevin,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:** The Defendant shall show cause, if any, why the personal property described in the Complaint should not be taken from the Defendant and delivered into the possession of the Plaintiff(s).

**IT IS FURTHER ORDERED** that the hearing on this matter shall be held on: August 4, 2025, 2:30 PM, in Room 203's virtual link, in Denver County. Right below is the Webex link for the upcoming hearing.

https://www.coloradojudicial.gov/livestream-and-virtual-courtrooms?topic=70&wrapped=true
Meeting Codes: 2590 174 2517
Phone: To appear by phone, please dial 720-650-7664 and enter the meeting number/access code for the assigned judicial officer.

**IT IS FURTHER ORDERED THAT PENDING HEARING ON THIS MATTER**, the Defendant shall not sell, use or dispose of any of the property described in the Complaint, except to return the property to the Plaintiff(s).

Defendants Estate of James Headley and Chrysler Capital Trademarked through FCA are hereby advised that:

1

1.      You may file an Affidavit on your behalf with the Court and may appear and present testimony on your behalf at the time of the hearing.

2.      You may at or prior to the hearing file with the Court a written response to stay the delivery of the personal property described in the Complaint.

3.      If you fail to appear at the hearing or fail to file a written response, the Plaintiff(s) may apply to the Court for an Order requiring the Sheriff to take immediate possession of the personal property described in the Complaint and deliver such property to the Plaintiff(s).

4.      If the hearing date set in this Order to Show Cause and the appearance date on the Summons are different dates, you must appear at both times.

**IT IS FURTHER ORDERED** that Defendants shall preserve the personal property described in the Complaint and may not sell, transfer, or otherwise dispose of the personal property described in the complaint until further Order of this Court.

**IT IS FURTHER ORDERED** that a copy of this Order together with a copy of the Verified Complaint shall be served personally upon Defendant.

IT IS SO ORDERED on this 24th day of July 2025.

BY THE COURT:

_____
Jill D. Dorancy
Denver District Court Judge

2

3