# EXHIBIT 11

# Minute Orders

**Case Number:** 2025CV000534

**Case Type:** Replevin

**Case Caption:** Headley, Alex et al v. Chrysler Capital Trademarked Through
Fca et al

**Division:** 203

**Judicial Officer:** Jill Deborah Dorancy

**Court Location:** Denver County - District

---

Order Date: 08/04/2025

JUDGE JILL D. DORANCY. *FTR 2:30* HEAR: REPLEVIN HEARING APPEARS: ATP ALEX HEADLEY, PRO SE THE COURT WILL RESET THIS HEARING FOR AUGUST 27 AT 12:30 PM. PLAINTIFF WILL RESERVE DEFENDANT WITH NOTICE OF THE NEXT HEARING. /GA