# EXHIBIT 13

| JDF 1014 | **Return of Service** |
|---|---|

**A. District Court**

Colorado County: Denver District Court — 1437 Bannock, Room 256

Mailing Address: Denver, CO 80202

FILED IN DENVER DISTRICT COURT
DATE FILED: August 19, 2025
CASE NUMBER: 2025CV534
AUG 1 9 2025
DENVER, COLORADO
MAIL CLERK
Clerk's Event Code: RTSV
This box is for court use only.

**B. Parties to the Case**

Petitioner: Alex Henley estate of James Henley

& Chrysler Capital trademarked through

Respondent: FCA, LLC & licensed under Santander Consumer USA, Inc

**C. Case Details**

Number: 25 CV 534

Division: District

Courtroom: 203

---

**1.   My Information**

I am at least 18 and not a party to the action.

**2.   Documents Served**

I served the Summons, Petition, Case Information Sheet, and if applicable: *(Check all that apply)*

☐ Case Management Order.      ☐ Notice of Initial Status Conference.

☐ Parenting Plan      ☐ Sworn Financial Statement.

☒ Other: *(please identify)* Complaint and Replevin

**3.   Where and When Served**

I served the documents above on the Respondent in

County: Jefferson      State: CO

On: *(date)* 8/17/2025 at *(time)* 12:40

At the following location: Christopher's Dodge

**4.   How Served**

I delivered the documents by: *(check one)*

☐ By handing them to *(print name)* Cristal Faucett , a person

identified to me as the Respondent. Agent

---

JDF 1014 – Return of Service (divorce and legal separation);      R: March 1, 2024      Page 1 of 2

1

☐ By leaving them with *(print name)* _____ who is
designated to receive service for the Respondent because of the following relationship with
the Respondent: _____

☐ I attempted to serve the Respondent on *(number)* _____ occasions but have been unable to
locate the Respondent.  Return to the Petitioner is made on *(date)* _____

☐ I attempted to leave them with the Respondent or someone I believed to be the Respondent.
I identified the documents I was trying to serve, but they refused service.

5.    **Service Fees**

I am a:

☑ Private process server.    ☐ Sheriff for _____ County.

I charged the following fees:

Base Fee $ __100.00__    Mileage $ __10.00__

6.    **Verified Signature**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the *(date)* _17_ day of *(month)* __July__ *(year)* _2225_
at City: *(or other location)* __Golden__
and State: *(or country)* __Colorado__

Print Your Name: __Ed Cluff__
Your Signature: __Ed Cluff__
Lawyer Signature: *(If any)* _____

JDF 1014 – Return of Service (divorce and legal separation);          R: March 1, 2024          Page 2 of 2