# EXHIBIT 14

# Minute Orders

**Case Number:** 2025CV000534

**Case Type:** Replevin

**Case Caption:** Headley, Alex et al v. Chrysler Capital Trademarked Through Fca et al

**Division:** 203

**Judicial Officer:** Jill Deborah Dorancy

**Court Location:** Denver County - District

---

Order Date: 08/27/2025

CLERK'S NOTE: THE COURTROOM ISSUED A SECOND AMENDED ORDER TO SHOW CAUSE ON AUGUST 27TH. THE COURTROOM EMAILED THE ORDER TO PRO-SE PLAINTIFF. /JY