# EXHIBIT 15

# Minute Orders

**Case Number:** 2025CV000534

**Case Type:** Replevin

**Case Caption:** Headley, Alex et al v. Chrysler Capital Trademarked Through Fca et al

**Division:** 203

**Judicial Officer:** Jill Deborah Dorancy

**Court Location:** Denver County - District

---

Order Date: 08/27/2025

JUDGE JILL D. DORANCY. *FTR 12:30* HEAR: REPLEVIN APPEARS: ALEX HEADLEY, PRO SE PLAINTIFF PLAINTIFF TESTIFIES. COURT QUESTIONS PLAINTIFF. THE COURT RECALLS THE CASE AT 2:08PM TO INFORM PLAINTIFF THAT THE SHOW CAUSE ORDER NEEDS TO BE PERSONALLY SERVED ON THE DEFENDANT. THE COURT WILL ISSUE A SECOND AMENDED SHOW CAUSE ORDER THAT INDICATES THE DEFENDANT CAN APPEAR VIRTUALLY. THE RESCHEDULED HEARING IS SET FOR SEPTEMBER 12 AT 12:30PM. /GA /GA