# EXHIBIT 16

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | |
| **Plaintiff**: Alex Headley<br><br>v.<br><br>**Defendants**: Estate of James Headley and Chrysler Capital Trademarked through FCA | ~~DATE FILED~~ COURT USE ONLY<br>August 27, 2025 2:31 PM<br>~~CASE NUMBER: 2025CV534~~<br><br>Case No.: 25CV534<br><br>Courtroom: 203 |
| **SECOND AMENDED ORDER TO SHOW CAUSE PURSUANT TO C.R.C.P. 104** | |

THIS MATTER having come before the Court on the Plaintiff's Verified Complaint for Judgment and for Replevin Pursuant C.R.C.P. 104 ("Verified Complaint"), and the Court having reviewed said Verified Complaint, and being fully advised in the premises,

FINDS that the Verified Complaint complies with the provisions of C.R.C.P. 104, and that an Order preserving the properties claimed by the Plaintiff should be issued in order to preserve said properties pending hearing and, accordingly, the Court:

HEREBY ORDERS THAT the Defendants: **ESTATE OF JAMES HEADLEY AND CHRYSLER CAPITAL TRADEMARKED THROUGH FCA** appear before the Court located at 1437 Bannock Street, Denver, Colorado 82002 in Courtroom 203 on **September 12, 2025** (date), **12:30 p.m. MST** (time), at such time and place show cause why the **2018 DODGE RAM, VIN 1C6RR7LTXJS135527** should not be taken from the Defendants and delivered to the Plaintiff.

**IT IS FURTHER ORDERED** that the parties may appear virtually at:
https://judicial.webex.com/meet/d02-dnvr-courtroom203

Meeting number: 2590 174 2517

**THIS COURT FURTHER ORDERS** and enjoins the Defendants and all other persons from removing the secured property described and all other persons from selling, disbursing or damaging the collateral described above. Pending hearing on this matter, the Defendants shall not sell, use or dispose of any of the property described in the Complaint, except to return the property to the Plaintiff(s).

1

Defendants Estate of James Headley and Chrysler Capital Trademarked through FCA are hereby advised that:

1.      You may file an Affidavit on your behalf with the Court and may appear and present testimony on your behalf at the time of the hearing.

2.      You may at or prior to the hearing file with the Court a written response to stay the delivery of the personal property described in the Complaint.

3.      If you fail to appear at the hearing or fail to file a written response, the Plaintiff(s) may apply to the Court for an Order requiring the Sheriff to take immediate possession of the personal property described in the Complaint and deliver such property to the Plaintiff(s).

4.      If the hearing date set in this Order to Show Cause and the appearance date on the Summons are different dates, you must appear at both times.

**IT IS FURTHER ORDERED** that Defendants **shall preserve the personal property** described in the Complaint and **may not sell, transfer, or otherwise dispose** of the personal property described in the complaint until further Order of this Court.

**IT IS FURTHER ORDERED** that a copy of this Show Cause Order and Order to Preserve Property together with a copy of the Verified Complaint shall be served personally on the Defendants in this action, by personal service by a private process server in accordance with the provisions of C.R.C.P. 4.

IT IS SO ORDERED on this 27th day of August, 2025.

BY THE COURT:

_____
Jill D. Dorancy
Denver District Court Judge

2

2