# EXHIBIT 17

IN THE DISTRICT COURT, DENVER COUNTY, COLORADO

1437 Bannock Street Room 256, Denver, CO 80202

**FILED IN DENVER DISTRICT COURT**

FOR COURT USE ONLY

SEP 10 2025

DENVER, COLORADO
COUNTER CLERK

| | |
|---|---|
| **Alex Headley** | Case # 25CV534 -203 |
| Plaintiff/Petitioner | Hearing Date 09/12/2025 |
| vs. | |
| **Estate of James Headley, Chrysler Capital Trademarked through FCA** | |
| Defendant/Respondent | |

DATE FILED September 10, 2025
CASE NUMBER: 2025CV534

## DECLARATION OF SERVICE

Received by **Christopher Juarez**, on the **3rd day of September, 2025 at 5:43 PM** to be served on **Chrysler capital** at **1601 Elm St 800, Dallas, Dallas County, TX 75201**.

I, **Christopher Juarez**, declare under penalty of perjury that I am 18 years or older and not a party to the action and that on the **4th day of September, 2025 at 12:28 PM**, I **SERVED** the within named corporation at **CT Corporation - Dallas, 1999 Bryan St 999, Dallas, Dallas County, TX 75201**, in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the below listed documents to the named Corporation, by serving **Haile Greenlee**, on behalf of said Corporation.

**Documents Served:** **Courtroom: 203 SECOND AMENDED ORDER TO SHOW CAUSE PURSUANT TO C.R.C.P. 104.**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Chrysler capital, I delivered the documents to Haile Greenlee who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with glasses.**

Service Fee Total: **$85.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Texas that the foregoing is true and correct.

Executed on  09/04/2025
(date)

at  Dallas County
(city or other location, and state OR county)

Christopher Juarez
(printed name)

(signature)

