# EXHIBIT 19

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER,<br>STATE OF COLORADO<br>1437 Bannock Street, Room 256, Denver, CO 80202<br>Phone Number: 303-606-2300 | DATE FILED<br>September 10, 2025 2:42 PM<br>FILING ID: FABBA2D7E94F1<br>CASE NUMBER: 2025CV534 |
| **Plaintiff:**<br><br>ALEX HEADLEY and THE ESTATE OF JAMES HEADLEY<br><br>v.<br><br>**Defendant:**<br><br>CHRYSLER CAPITAL TRADEMARKED THROUGH FCA, LLC and LICENSED UNDER SANTANDER CONSUMER USA INC. | |
| | ▲COURT USE ONLY▲ |
| BRYAN CAVE LEIGHTON PAISNER LLP<br>Matthew M. Petersen, #48562<br>Kristen M. Kennedy, #60969<br>1700 Lincoln Street, Suite 4100<br>Denver, Colorado 80203<br>Telephone: (303) 861-7000<br>E-mail:  Matt.petersen@bclplaw.com<br>          Kristen.kennedy@bclplaw.com<br>*Attorneys for Defendant* | Case Number:  2025CV534<br><br>Division:  203 |
| **ENTRY OF APPERANCE** | |

Kristen M. Kennedy, of the law firm Bryan Cave Leighton Paisner LLP, hereby enters her appearance as Counsel of record for Santander Consumer USA Inc. d/b/a Chrysler Capital.

Respectfully submitted this 10th day of September, 2025.

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Kristen M. Kennedy*
Kristen M. Kennedy, #60969
*Attorney for Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital*

1

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 10, 2025, the foregoing **ENTRY OF APPERANCE** was filed via the Colorado Court E-Filing System and served on the following through the Colorado Court E-Filing System:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

Estate of James Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

*/s/ Kristen M. Kennedy*