IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03677-RTG
(**The above civil action number must appear on all future papers
sent to the Court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

ALEX HEADLEY and
THE ESTATE OF JAMES HEADLEY,

      Plaintiffs,

v.

CHRYSLER CAPITAL TRADEMARKED THROUGH FCA, LLC AND
LICENSED UNDER SANTANDER CONSUMER USA INC.,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF ALEX HEADLEY TO CURE DEFICIENCIES

---

On July 17, 2025, Plaintiffs Alex Headley and the Estate of James Headley initiated this action by filing *pro se* a Verified Complaint in Replevin and Civil Action for Damages against Defendant Chrysler Capital in case number 2025CV534 in the District Court of Denver County, State of Colorado. (*See* ECF No. 1). On October 31, 2025, Plaintiffs filed a "Third Amended Verified Complaint for Judgment and for Replevin," which added claims for common law conversion and violations of 42 U.S.C. § 1983, and sought the return of a Vehicle with an estimated value of $35,000 and damages of $110,000. On November 14, 2025, Defendant filed, by its attorneys, a notice of removal in this Court pursuant to 28 U.S.C. §§ 1441 and 1446. (*Id.*). Defendant paid the filing fee. (*Id.*).

In addition to his own claims, Plaintiff Alex Headley apparently also intends to assert claims on behalf of an estate or other entity. Plaintiff is advised that he may not represent any other parties in this action unless he is an attorney. *See* 28 U.S.C. § 1654; *see also Harrison v. Wahatoyas, LLC,* 253 F.3d 52, 556 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."); *Van De Berg v. C.I.R.,* 175 F. App'x 539, 541 (3d Cir. 2006) (per curiam) ("a non-lawyer trustee . . . may not represent a trust *pro se*").

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined the pleadings are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   __    is not on proper form
(4)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)   __    is missing certificate showing current balance in prison account
(6)   __    is missing authorization to calculate and disburse filing fee payments
(7)   __    is missing an original signature by the prisoner
(8)   __    other:

**Complaint, Petition or Application**:
(9)   __    is not submitted
(10)   X    is not on proper form: Plaintiff must use the court-approved Complaint form
(11)   __    is missing an original signature by the prisoner
(12)   __    is missing page nos.
(13)   __    uses et al. instead of listing all parties in caption

(14) __ names in caption do not match names in text

(15) X other: Plaintiff's Complaint must comply with Rule 8 of the Federal Rules of Civil Procedure

Plaintiff may choose to contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this order. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the proper court-approved **Complaint form**, along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the court-approved form when curing the deficiencies. Plaintiff must complete all sections of the form. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies within the time allowed, this action will be dismissed without further notice.

DATED November 18, 2025.

BY THE COURT:

_Richard T. Gurley_

_____

Richard T. Gurley
United States Magistrate Judge