IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03677-RTG

ALEX HEADLEY and
THE ESTATE OF JAMES HEADLEY

      Plaintiffs,

v.

CHRYSLER CAPITAL TRADEMARKED
THROUGH FCA, LLC
And LICENSED UNDER SANTANDER
CONSUMER USA INC.,

      Defendant.

---

## JOINT MOTION FOR EXTENSION OF TIME

---

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and D.C.COLO.LCivR 6.1, Plaintiff Alex Headley ("Headley") and Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital") jointly move for a twenty-one (21) day time extension, up to and including January 8, 2026, of Headley's deadline to respond to Court's "Order Directing Plaintiff Alex Headley to Cure Deficiencies," dated November 18, 2025 (ECF. No. 9, the "Order to Cure"). As grounds for the Joint Motion, the parties state as follows:

1.     On November 14, 2025, Chrysler Capital removed this action from the District Court of the City and County of Denver. *See* ECF No. 1.

2.     On November 18, 2025, this Court entered the Order to Cure, which ordered Headley to cure the deficiencies in the "Third Amended Verified Complaint for Judgment and Replevin" ("Amended Complaint") within thirty (30) days. *See* ECF No. 9.

1

3. Headley's current deadline to respond to the Order to Cure is December 18, 2025. *Id.*

4. Headley requests a twenty-one (21) day time extension, up to and including January 8, 2026, to respond to the Order to Cure.

5. Headley requests additional time to respond to the Order to Cure because he has been delayed by technical issues attempting to obtain access to the Court's PACER and NexGen CM/ECF systems. He also requests more time due to delays associated with the holiday season and New Year.

6. Chrysler Capital does not object to Headley's request for additional time.

7. This is Headley's first request to extend his deadline to respond to the Order to Cure.

WHEREFORE, Headley and Chrysler Capital request that this Court enter an order (1) granting the Joint Motion, and (2) extending Headley's deadline to respond to the Order to Cure by twenty-one (21) days, up to and including January 8, 2026.

Respectfully submitted this 18th day of December, 2025.

BRYAN CAVE LEIGHTON PAISNER LLP                    ALEX HEADLEY


*/s/ Matthew M. Petersen*                           */s/ Alex Headley*
Matthew M. Petersen, #48562                         Alex Headley
Kristen M. Kennedy, #60969                          383 Hummingbird Circle
1700 Lincoln Street, Suite 4100                     Silverthorne, CO 80498
Denver, CO 80203                                    Phone: 970-390-7785
Telephone: (303) 861-7000                           Ajinvestments.alex@gmail.com
Matt.petersen@bclplaw.com                           *Pro Se Plaintiff*
Kristen.kennedy@bclplaw.com
*Attorneys for Defendant Santander*
*Consumer USA Inc. d/b/a Chrysler Capital*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2025, I electronically filed a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the Court's NexGen CM/ECF system and also served notice and copies of all such filings via electronic mail to the following:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Plaintiff*

Estate of James Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Plaintiff*

*/s/ Matthew M. Petersen*