**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03677-RTG

ALEX HEADLEY and
THE ESTATE OF JAMES HEADLEY,

      Plaintiffs,

v.

CHRYSLER CAPITAL TRADEMARKED THROUGH FCA, LLC AND
LICENSED UNDER SANTANDER CONSUMER USA INC.,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

      The "Joint Motion for Extension of Time" (ECF No. 10), requesting an extension of time to cure deficiencies is **granted.** Plaintiffs shall comply with the November 18, 2025, Order Directing Plaintiff Alex Headley to Cure Deficiencies (ECF No. 9) **within 30 days from the date of this minute order**. Failure to comply may result in dismissal of this action without further notice.

Dated:  December 19, 2025