IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03677-RTG

ALEX HEADLEY and THE ESTATE OF JAMES HEADLEY,

Plaintiffs,

v.

CHRYSLER CAPITAL TRADEMARKED THROUGH FCA, LLC AND LICENSED UNDER SANTANDER
CONSUMER USA INC.,

Defendant.

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to D.C.COLO.LAttyR 5(a) and in accordance with common law standing principles under
Tenth Circuit precedents, including Floyd v. United States, 860 F.2d 999 (10th Cir. 1988)
(recognizing standing for replevin-like claims where a party asserts a direct possessory interest
in unlawfully detained property) and Tracy v. Vail Resorts, Inc., No. 21-4145 (10th Cir. 2022)
(affirming standing in unlawful conversion actions for wrongful deprivation of personal assets),
Alex Headley hereby enters his appearance pro se as Plaintiff in the above-captioned matter.

Alex Headley asserts individual standing based on his direct interest in the replevin and
conversion claims, as the original state court filings demonstrate his possessory rights to the
2018 Dodge Ram 1500 vehicle (estimated value $35,000) and related damages ($110,000),
unlawfully converted by Defendant without due process, consistent with common law tort
principles upheld in Tenth Circuit appeals.

Contact Information: Alex Headley 383 Hummingbird Circle P.O. Box 1141 Silverthorne, CO
80498 Telephone: (970) 390-7785 Email: ajinvestments.alex@gmail.com

Respectfully submitted this 19th day of January, 2026.

/s/ Alex Headley Alex Headley, Pro Se

**Certificate of Service** I hereby certify that on January 19, 2026, I served a true and correct copy
of the foregoing Notice of Entry of Appearance on all parties via [CM/ECF / U.S. Mail / email],
addressed to:

Matthew M. Petersen Kristen M. Kennedy Bryan Cave Leighton Paisner LLP 1700 Lincoln Street,
Suite 4100 Denver, CO 80203 Email: matt.petersen@bclplaw.com;
kristen.kennedy@bclplaw.com

/s/ Alex Headley Alex Headley