## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03677-SKC-TPO

ALEX HEADLEY

       Plaintiff,

v.

SANTANDER CONSUMER USA INC.
d/b/a CHRYSLER CAPITAL,

       Defendant.

---

## DEFENDANT'S CITIZENSHIP DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital") states as follows:

Santander Consumer USA Inc. ("SC") is a corporation incorporated under the laws of the State of Illinois, having its principal place of business in Dallas, Texas. Chrysler Capital is licensed to SC, more commonly known as Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital"). SC is wholly owned by Santander Holdings USA Inc. Santander Holdings USA Inc. is a wholly owned subsidiary of Banco Santander, S.A.

Dated: February 5, 2026       Respectfully submitted,

                                            BRYAN CAVE LEIGHTON PAISNER LLP

                                            */s/ Matthew M. Petersen*
                                            Matthew M. Petersen, #48562

1

Kristen M. Kennedy, #60969
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Matt.petersen@bclplaw.com
Kristen.kennedy@bclplaw.com

*Attorneys for Defendant Santander
Consumer USA Inc. d/b/a Chrysler Capital*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2026, I electronically filed a true and correct copy of Chrysler Capital's foregoing **CITIZENSHIP DISCLOSURE STATEMENT** with the Clerk of Court using the Court's NexGen CM/ECF system and also served notice and copies of all such filings via electronic mail to the following:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Pro Se Plaintiff*

*/s/ Matthew M. Petersen*