IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03677-SKC-TPO

ALEX HEADLEY,

     Plaintiff,

v.

SANTANDER CONSUMER USA INC., d/b/a
CHRYSLER CAPITAL,

     Defendant.

---

## THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital") moves for a twenty-eight (28) day extension of time, up to and including May 26, 2026, to answer or otherwise respond to the Amended Complaint (ECF No. 13, "Amended Complaint") of Plaintiff Alex Headley ("Plaintiff") pursuant to Federal Rule of Civil Procedure 6(b)(1) and D.C.COLO.LCivR 6.1.

### D.C.COLO.LCivR 7.1(a) Certification

Pursuant to D.C.COLO.LCivR 7.1(a), on April 23, 2026, undersigned counsel for Chrysler Capital conferred with Plaintiff regarding this motion for an extension of time. Plaintiff does not oppose the time extension requested herein.

1.     On January 19, 2026, Plaintiff filed his Amended Complaint.

1

2.      On February 2, 2026, Chrysler Capital and Plaintiff stipulated to a 14-day extension of time, up to and including February 27, 2026, to allow Chrysler Capital to answer or otherwise respond to Plaintiff's Amended Complaint.  *See* Stipulation for Extension of Time, ECF No. 17, ("Stipulation").

3.      When the parties previously conferred over that motion to dismiss on February 23, 2026, Plaintiff advised that he intended to seek leave to amend his Amended Complaint.  The parties agreed to a twenty-eight (28) day extension of time to permit Plaintiff to file a motion for leave to amend his Amended Complaint, and to provide time for the Court to then rule on Plaintiff's motion.  *See* Unopposed Motion for Extension of Time, ECF No. 24 ("First Unopposed Motion").

4.      On February 27, 2026, the Court granted Chrysler Capital's First Unopposed Motion and set March 27, 2026 as Chrysler Capital's deadline to answer or otherwise respond to Plaintiff's Amended Complaint.  *See* Minute Order Granting Defendant's Unopposed Motion for Extension of Time, ECF No. 26 ("Order Granting First Unopposed Motion").

5.      On March 27, 2026, Plaintiff had not yet filed his motion for leave or proposed amended complaint, so Chrysler Capital filed its Second Unopposed Motion for Extension of Time to permit Plaintiff additional time to file his motion for leave and proposed amended complaint.  *See* Second Unopposed Motion for Extension of Time, ECF No. 27. ("Second Unopposed Motion").

2

6. The Court granted Chrysler Capital's Second Unopposed Motion and set April 24, 2026 as Chrysler Capital's deadline to answer or otherwise respond to Plaintiff's Amended Complaint. *See* Minute Order Granting Defendant's Second Unopposed Motion, ECF No. 29, ("Order Granting Second Unopposed Motion").

7. Plaintiff filed his "Motion for Leave to File his First Amended Complaint" on April 13, 2026. *See* Motion for Leave to File First Amended Complaint, ECF No. 30 ("Motion for Leave").

8. Chrysler Capital does not oppose Plaintiff's Motion for Leave.

9. As of the date of this Motion, the Court has not ruled on Plaintiff's Motion for Leave, which remains pending.

10. Chrysler Capital's deadline to respond to Plaintiff's prior Amended Complaint is April 24, 2026. *See* Order Granting Second Unopposed Motion, ECF No. 29.

11. Chrysler Capital respectfully requests this additional extension of time of 28-days to avoid filing a motion to dismiss that will become moot if the Court grants on Plaintiff's Motion for Leave and a new amended complaint is allowed.

12. Plaintiff consents to this additional extension of time.

13. No party will be prejudiced by the extension of time requested in this motion, and extending the response deadline is in the best interests of judicial economy to avoid the Court or parties incurring time or expense regarding a prior

3

version of the complaint that will become moot if Plaintiff's Motion for Leave is granted.

14.    The extension requested herein is the fourth extension sought for Chrysler Capital's response to Plaintiff's Amended Complaint.  *See* Stipulation, ECF No. 17; *see* First Unopposed Motion, ECF No. 24; *see* Order Granting First Unopposed Motion, ECF No. 26; *see* Second Unopposed Motion, ECF No. 27; *see* Order Granting Second Unopposed Motion, ECF No. 29.

15.    Undersigned counsel certifies that he will serve a copy of this unopposed motion on his client as required by D.C.COLO.LCivR 6.1(c).

WHEREFORE, Chrysler Capital requests that this Court enter an order granting this motion to extend Chrysler Capital's deadline to respond to Plaintiff's Amended Complaint by twenty-eight (28) days, up to and including May 26, 2026.

Respectfully submitted this 23rd day of April, 2026.

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Matthew M. Petersen*
Matthew M. Petersen, #48562
Kristen M. Kennedy, #60969
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Matt.petersen@bclplaw.com
Kristen.kennedy@bclplaw.com

*Attorneys for Defendant Santander
Consumer USA Inc. d/b/a Chrysler Capital*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of April, 2026, I served a true and correct copy of the foregoing **THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME** electronically on the following with the Clerk of Court using the Court's NextGen CM/ECF:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Plaintiff*

And on the following by electronic mail pursuant to Civ. Practice Standard 6.1A(c).

Jason Miller
Deputy General Counsel, Head of Consumer Litigation and Reporting
Santander Consumer USA Inc., d/b/a Chrysler Capital
1601 Elm Street, Suite 800
Dallas, TX 75201
jmiller@santander.us
*Defendant*

*/s/ Matthew M. Petersen*