**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03677-SKC-TPO

ALEX HEADLEY,

     Plaintiff,

v.

SANTANDER CONSUMER USA INC., d/b/a
CHRYSLER CAPITAL,

     Defendant.

---

**[PROPOSED] ORDER GRANTING
THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

This matter comes before the Court on Defendant Santander Consumer USA Inc., d/b/a Chrysler Capital's ("Chrysler Capital") Third Unopposed Motion for Extension of Time under Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1 ("Unopposed Motion"). The Court, having reviewed the Unopposed Motion, and being sufficiently advised thereof, hereby grants the Unopposed Motion. Chrysler Capital's deadline to respond to the Amended Complaint of Plaintiff Alex Headley is extended by twenty-eight (28) days, up to and including May 26, 2026.

Dated: _____    By:_____
                                        United States District Judge

1