IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03677-SKC-TPO

ALEX HEADLEY,

      Plaintiff,

v.

CHRYSLER CAPITAL,

      Defendant.

---

### MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 29, 2026.**

Plaintiff's Motion for Leave to File First Amended Complaint[1] [ECF 30] is **granted**. Amendment is proper under Fed. R. Civ. P. 15(a)(2) because Defendant has expressed written consent. *See* ECF 33 at 3. The Second Amended Complaint [ECF 30-1] is **accepted as filed**.

The Clerk of Court is directed to file the operative Second Amended Complaint, ECF 30-1, as a separate docket entry.

Defendant's Third Unopposed Motion for Extension of Time [ECF 33] is **denied as moot** because the request pertains to a pleading that is no longer operative. Defendant shall Answer or otherwise respond to the Second Amended Complaint [ECF 30-1] within fourteen (14) days of this Minute Order, in compliance with Fed. R. Civ. P. 15(a)(3).

---

[1] Although the Motion seeks leave to file a First Amended Complaint, the Court notes that this is Plaintiff's Second Amended Complaint. *See* ECF 13 (First Amended Complaint).