**TRANSFER OF OWNERSHIP/BUYER(S) REQUIREMENTS**- Upon the sale or transfer of a motor vehicle the owner in whose name the certificate of title is issued shall execute a formal transfer of the vehicle. Within **60 days** the buyer shall present the certificate of title together with an application for title to an authorized agent pursuant to C.R.S. 42-6-110.

**TRANSFER OF OWNERSHIP/SELLER(S) REQUIREMENT**- When the owner of a motor vehicle transfers or assigns the certificate of title to a buyer, the registration of such vehicle shall expire and the seller shall remove the license plates pursuant to C.R.S. 42-3-115.

**ODOMETER CERTIFICATION** - Federal and state law requires the seller to declare the mileage of the motor vehicle and requires the buyer to acknowledge the mileage of the motor vehicle upon transfer of ownership. The seller and buyer are required to print and sign their name to acknowledge the mileage pursuant to 49 USC 327.

**THE SELLER(S) CERTIFIES, UNDER PENALTY OF PERJURY IN THE SECOND DEGREE, THAT THE SELLER(S) SIGNATURE(S) RELEASES AND TRANSFERS INTEREST IN THE VEHICLE AND THE ODOMETER READING AND DECLARATION ARE TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE.**

## NOTICE: ANY ALTERATION OR ERASURE MAY VOID THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW

### ASSIGNMENT BY OWNER(S)

| Odometer Reading | | Buyer's Hand Printed Name |
|---|---|---|
| 37,150. 00  No Tenths | ☒ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | JAMES HEADLEY |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title)  Eva Newman Colly Agt | | Buyer's Signature Acknowledges Odometer Reading |
| Seller's Signature   CCAP AUTO LEASE LTD | | Buyer's Hand Printed Name |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title) | | Buyer's Hand Printed Name |
| Seller's Signature | | Buyer's Hand Printed Name |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title) | | Buyer's Hand Printed Name |
| Seller's Signature | | Buyer's Hand Printed Name |
| Sellers Hand Printed Name(s) (must be the same as it appears on the face of the title) | Date of Sale | Buyer's Physical Address |
| Seller's Signature | Purchase Price | Buyer's City, State, ZIP |

## THE FOLLOWING REASSIGNMENT MAY ONLY BE USED BY LICENSED DEALERS.

### 1ST DEALER REASSIGNMENT

| Odometer Reading | | Buyer's Hand Printed Name(s) |
|---|---|---|
| No Tenths | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 2ND DEALER REASSIGNMENT

| Odometer Reading | | Buyer's Hand Printed Name(s) |
|---|---|---|
| No Tenths | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 3RD DEALER REASSIGNMENT

| Odometer Reading | | Buyer's Hand Printed Name(s) |
|---|---|---|
| No Tenths | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

**• NO ADDITIONAL REASSIGNMENTS PERMITTED - Last Assignee must obtain title in their name(s)**

DO NOT ACCEPT WITHOUT VERIFYING EAGLE WATERMARK IN PAPER.

DR 2001

## STATE OF COLORADO
## CERTIFICATE OF TITLE
### ****MOTOR VEHICLE****

| VIN | YEAR | MAKE | MODEL | BODY |
|-----|------|------|-------|------|
| 1C6RR7LTXJS135527 | 2018 | DODG | | PK LTK |

TITLE NUMBER
61E360130

ODOMETER
280    A

ODOMETER LEGEND:
A - Actual Mileage
E - Exceeds mechanical limits
N - Not actual mileage; WARNING
    ODOMETER DISCREPANCY

MAIL TO

CCAP AUTO LEASE LTD
P O BOX 961272
FORT WORTH, TX 76161

OWNER
CCAP AUTO LEASE LTD

CWT/CAP/SIZE
CWT 53

PREVIOUS TITLE
MSO

FUEL

TITLE BRANDS

DATE PURCHASED
04/30/2018

DATE ACCEPTED
05/30/2018

DATE ISSUED
06/27/2018

| | DATE FILED | |
|--|-----------|--|
| FIRST LIENHOLDER | | Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle. |
| FILE NUMBER | | Lienholder's Name |
| AMOUNT OF LIEN   LIEN EXTENDED TO COUNTY | MATURITY DATE | Authorized Agent's Signature   Date |
| SECOND LIENHOLDER | DATE FILED | Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle. |
| FILE NUMBER | | Lienholder's Name |
| AMOUNT OF LIEN   LIEN EXTENDED TO COUNTY | MATURITY DATE | Authorized Agent's Signature   Date |
| THIRD LIENHOLDER | DATE FILED | Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle. |
| FILE NUMBER | | Lienholder's Name |
| AMOUNT OF LIEN   LIEN EXTENDED TO COUNTY | MATURITY DATE | Authorized Agent's Signature   Date |
| FOURTH LIENHOLDER | DATE FILED | Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle. |
| FILE NUMBER | | Lienholder's Name |
| AMOUNT OF LIEN   LIEN EXTENDED TO COUNTY | MATURITY DATE | Authorized Agent's Signature   Date |

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED,
SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN.

EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF REVENUE    DATE DUPLICATE ISSUED

MICHAEL S. HARTMAN

01344791

KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

VOID IF ALTERED