**SUPPORTING DECLARATION OF ALEX HEADLEY**

**DECLARATION OF ALEX HEADLEY**

**(Pursuant to 28 U.S.C. § 1746)**

I, Alex Headley, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the Plaintiff in this action and have personal knowledge of the facts stated herein.
2. In May 2021, my father, James Headley, tendered a Certified Bank Draft to pay off the 2018 Ram 1500 in full. Defendant issued a Bill of Sale dated May 28, 2021, transferring all right, title, and interest to my father and provided the Original Certificate of Title with Defendant's signature and stamp.
3. After the bill of sale and title transfer, my father bequeathed to me the vehicle. Later, my parents transferred other family assets into the James Headley Family Living Trust prior to my father's death.
4. After my father's passing and upon learning that a pro se litigant cannot represent a trust in federal court, the Trustee transferred my father's interest in this specific Vehicle back to me individually.
5. I have never accepted Defendant's position that my father did not pay for the truck. The Bill of Sale and Certificate of Title with wet CCAP agent signatures both prove otherwise.
6. On June 8, 2025, Defendant wrongfully repossessed the Vehicle and caused the loss/destruction of my personal property inside valued at over $10,000.
7. I have repeated calls (Logs and transcripts to be requested in discovery) and emails to the Chrysler Executive office in charge of the Repossession asking for my personal belongings to be returned and they refused to connect me the anyone other that a recorded line or website.
8. I learned in September 2025 after the opposing council finally gave me a correct number for the holding agent that my personal property had been destroyed back in July of 2025 and the truck had been sold in that same month.
9. I also learned that the truck had sustained 4x4 damage and was now in Salt Lake City after that call.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1st, 2026 in McAlester, Oklahoma.

/s/ Alex Headley

Alex Headley