IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03677-SKC-TPO

ALEX HEADLEY,

      Plaintiff,

v.

SANTANDER CONSUMER USA INC., d/b/a
CHRYSLER CAPITAL,

      Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

---

Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital ("Chrysler Capital") moves for a twenty-one (21) day extension of time, up to and including July 5, 2026, to submit a reply in support of its Motion to Dismiss (ECF No. 40, "Motion to Dismiss") the Second Amended Complaint (ECF No. 36, "Second Amended Complaint" or "Sec. Am. Compl.") of Plaintiff Alex Headley ("Plaintiff") pursuant to Federal Rule of Civil Procedure 6(b)(1) and D.C.COLO.LCivR 6.1.

### D.C.COLO.LCivR 7.1(a) Certification

Pursuant to D.C.COLO.LCivR 7.1(a), on June 10 and 11, 2026, undersigned counsel for Chrysler Capital conferred with Plaintiff via phone and e-mail regarding this motion for an extension of time. Plaintiff does not oppose the time extension requested herein.

1

1.      On April 29, 2026, Plaintiff filed his Second Amended Complaint, and Chrysler Capital moved to dismiss on May 11, 2026. *See* ECF Nos. 36 and 40.

2.      Plaintiff filed his Response in Opposition to Chrysler Capital's Motion to Dismiss on June 1, 2026.  *See* ECF No. 45.

3.      Chrysler Capital's reply deadline is June 14, 2026.  *See* D.C.COLO.LCivR 7.1(d).

4.      On May 18, 2026, Chrysler Capital issued document subpoenas to Alpine Bank, U.S. Bank National Association ("U.S. Bank"), and BMO Bank National Association ("BMO Bank").

5.      Chrysler Capital received subpoena responses from U.S. Bank and Alpine Bank, and has served those responses on Plaintiff.

6.      The documents produced in response to the subpoenas contain records directly conflicting the factual allegations underlying Plaintiff's claims.

7.      On June 10, 2026, Chrysler Capital and Plaintiff discussed the subpoena responses and their implications for Plaintiff's claims.  During this discussion, Plaintiff indicated that he needs additional time to consider his next steps in light of his Fed. R. Civ. P. 11 obligations.

8.      Chrysler Capital respectfully requests a twenty-one (21) day extension to avoid filing a reply that may become moot if Plaintiff voluntarily dismisses his claims or otherwise seeks leave to file an amended complaint.

9.      Plaintiff consents to this additional extension of time.

10.    No party will be prejudiced by this extension, and granting it serves judicial economy by avoiding unnecessary expenditure of the Court's and the parties' time and resources on a complaint and motion to dismiss that may become moot.

11.    The extension requested herein is the first extension sought for Chrysler Capital's reply in support of its Motion to Dismiss.

12.    Undersigned counsel certifies that he will serve a copy of this unopposed motion on his client as required by D.C.COLO.LCivR 6.1(c).

WHEREFORE, Chrysler Capital requests that this Court enter an order granting this motion to extend Chrysler Capital's deadline to file a reply in support of its Motion to Dismiss by twenty-one (21) days, up to and including July 5, 2026.

Respectfully submitted this 11th day of June, 2026.

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Matthew M. Petersen*
Matthew M. Petersen, #48562
Kristen M. Kennedy, #60969
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Matt.petersen@bclplaw.com
Kristen.kennedy@bclplaw.com

*Attorneys for Defendant Santander*
*Consumer USA Inc. d/b/a Chrysler Capital*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2026, I served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY** electronically on the following with the Clerk of Court using the Court's NextGen CM/ECF:

Alex Headley
383 Hummingbird Circle
Silverthorne, CO 80498
Phone: 970-390-7785
Ajinvestments.alex@gmail.com
*Plaintiff*

And on the following by electronic mail pursuant to Civ. Practice Standard 6.1A(c).

Jason Miller
Deputy General Counsel, Head of Consumer Litigation and Reporting
Santander Consumer USA Inc., d/b/a Chrysler Capital
1601 Elm Street, Suite 800
Dallas, TX 75201
jmiller@santander.us
*Defendant*

*/s/ Matthew M. Petersen*

4