**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03677-SKC-TPO

ALEX HEADLEY,

      Plaintiff,

v.

SANTANDER CONSUMER USA INC., d/b/a
CHRYSLER CAPITAL,

      Defendant.

---

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

---

This matter comes before the Court on Defendant Santander Consumer USA Inc., d/b/a Chrysler Capital's ("Chrysler Capital") Unopposed Motion for Extension of Time to File a Reply under Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1 ("Unopposed Motion"). The Court, having reviewed the Unopposed Motion, and being sufficiently advised thereof, hereby grants the Unopposed Motion. Chrysler Capital's deadline to file a reply in support of its Motion to Dismiss is extended by twenty-one (21) days, up to and including July 5, 2026.

Dated: _____    By:_____
                                             United States District Judge

1