# REPLY EXHIBIT 1

```
                                                               4411
                                         Date  5/11/21         Page    1
                                         Primary Account   XXXXXXXXXXXX5986
                                         Enclosures

                                         ALPINE BANK, DILLON
                                         PO BOX 739
                                         DILLON, CO  80435
                                         (970)468-4701
```

JAMES G HEADLEY
EMILY J HEADLEY
PO BOX 1141
SILVERTHORNE CO 80498-1141

CONGRATS Grads & Students! Alpine Bank proudly supports
local school-related programs with our EDUCATION
Loyalty Debit Card. You can too. Get your card today!

..............................CHECKING ACCOUNT..................................

Account Name:        JAMES G HEADLEY
                     EMILY J HEADLEY

You can bank from home, work or the hills with Alpine Bank! Take advantage
of our wide array of banking services by using Alpine Online and
AlpineMobile. They're secure, easy to use and always available on any
internet-connected device with any Alpine account. Access estatements, view
account balances, transfer funds, make payments and much more. For more
information, go to www.alpinebank.com or visit any Alpine Bank.

```
GOLDEN EDGE                          Check Safekeeping
Account Number       XXXXXXXXXXXX5986 Statement Dates   4/14/21 thru  5/11/21
Previous Balance              20.68  Days In The Statement Period       28
   1 + Deposits              300.00  Average Ledger Bal.             84.96
     - Checks/Charges            .00 Average Collected Bal.          84.96
Service Charge                   .00
Interest Paid                    .00
Current Balance              320.68
```

```
-------------------------Deposits and Additions---------------------------------
Date      Description                            Amount
 5/06     Deposit                               300.00

Daily Balance Information
Date          Balance     Date          Balance
 4/14             20.68   5/06               320.68
```

**CC_AB_0032**

JAMES G HEADLEY
EMILY J HEADLEY
PO BOX 1141
SILVERTHORNE, CO 80498

1002

82-340/1021

5-12-21
DATE

PAY TO THE ORDER OF _Chrysler Capital_   $25,731.35

_Twenty Five Thousand Seven Hundred Thirty One & 35/100_ DOLLARS

Security Features Details on Back.

**Alpine Bank**   VIN# _IC6RR7LTXJ51_

252 Dillon Ridge Road • P.O. Box 739
Dillon, CO 80435
Alpine Info-Line/Funds Verification • (888)425-7483

35527

FOR   3442

_James G Headley_

MP

5986 / 1002

Harland Clarke

Refer to Maker BB

Large Item Notification
Date: 05/19/2021
Depository ABA
Deposit Operations CM

JPMChase Bank >

at JPMChase Bank
Chrysler Capital INC.

**CC_AB_0039**



## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF COLORADO        )

)    **ss.**

COUNTY OF GARFIELD      )

Re: Alpine Bank Subpoena to Produce Case No.1:25-cv-03677-SKC-TPO

I, Jazmin Diaz, upon oath, state as follows:

1.      I have personal knowledge as to the facts sworn to in this Affidavit.

2.      I am a custodian of records for Alpine Bank.

3.      The banking records produced herewith are a true and correct duplicate of domestic records of regularly conducted activity for Alpine Bank.

4.      The records were made at or near the time of the occurrence of the matters from information transmitted by persons with knowledge of those matters for Alpine Bank.

5.      The records were kept in the course of the regularly conducted activity of Alpine Bank.

6.      The records were made by regularly conducted activity as a regular practice of Alpine Bank.

Signed the 1st day of June 2026.

By: _____

Name: Jazmin Diaz

Title: Collections Assistant

Subscribed and sworn to before me this 1st of June 2026.

Witness my hand and official seal.

My commission expires: 04/18/2029

_____

Notary Public

> EDWIN GONZALEZ II
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID# 20254015492
> MY COMMISSION EXPIRES 04/18/2029

**CC_AB_0201**