**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:25-cv-03677-SKC-TPO**

**ALEX HEADLEY**, Plaintiff,

**v.**

**SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL**, Defendant.

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff Alex Headley, proceeding pro se, respectfully moves this Court pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file the attached Third Amended Complaint.  (Exhibit A1 Hereto).

This amendment directly addresses deficiencies raised in Defendant's Motion to Dismiss (ECF No. 40) and Reply (ECF No. 48), including proper attachment and incorporation of Plaintiff's exhibits that were not fully transferred from state court filings.

**Specific Purposes of Amendment**:

1.  Properly incorporates and references Plaintiff's exhibits (Bill of Sale, Certificate of Title, Phone and Calendar Log, transfer of the truck witness statements, and detailed personal property inventory).

2.  Clarifies chain of title and Plaintiff's successor-in-interest status under Colorado common law and trust principles.

3.  Strengthens **common-law claims for replevin and conversion** with independent standing, as recognized by the 10th Circuit.

4.  Supplements facts regarding title transfer, February 2025 zero-balance representations (estoppel), and no valid default, without adding new causes of action.

**Common-Law Standing – Replevin and Conversion (10th Circuit)** Plaintiff asserts independent common-law rights to replevin (recovery of wrongfully detained chattel) and conversion (wrongful dominion over personal property). These claims rest on Colorado common law and are well-established in the 10th Circuit. Self-help repossession that breaches the peace gives rise to liability. The June 8, 2025 repossession from a hotel parking lot while Plaintiff cared for his dying father fits this framework exactly.

**Proposed Third Amended Complaint** (Exhibit A) includes:

- **Proper attachment of Supporting Exhibits:**

- **A:** Bill of Sale.

- **B:** Signed Certificate of Title.

- **C:** Alpine Bank check records.

- **J:** May 5, 2021 payoff letter.

- **D:** AT&T call logs (including February 25 and June 2025 calls).

- **H:** Staybridge payment confirmation.

- **I:** Property Release (never honored).

- **L:** Revised property list.

- **M:** Travel binder example.

- **N:** Insurance Bond copy.

- **E–G:** Affidavits.

- Clear allegations of title passage and successor interest via now documented family transfers.

- Estoppel based on Defendant's February 2025 zero-balance confirmation.

- Detailed conversion claim for personal property (separate inventory attached as Exhibit L).

- Retention of FDCPA and related statutory claims.

Granting leave serves justice, cures technical deficiencies, and allows the case to proceed on the merits under common-law principles.

**WHEREFORE**, Plaintiff respectfully requests the Court grant this Motion and deem the Third Amended Complaint filed as of the date of the Order.

Leave to amend "should be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2). The amendments incorporate Exhibits A–N, add the June 2 title transfer, and include a third claim under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., for fraud and misrepresentation. No undue prejudice.

**Common-Law and Statutory Standing. Replevin, conversion, and FDCPA claims**.

/s/ Alex Headley

Alex Headley, Pro Se

383 Hummingbird Circle, Silverthorne, CO 80498

(970) 390-7785 | Ajinvestments.alex@gmail.com

**Certificate of Service:** Served via CM/ECF or email, July 14, 2026.