# CHRYSLER
## CAPITAL.

5/5/2021

JAMES HEADLEY
383 HUMMINGBIRD CI
SILVERTHORNE, CO 80498-0000

RE: 2018, RAM, 1500 CREW
VIN: 1C6RR7LTXJS135527

Thank you for requesting the purchase price quote for your leased vehicle. The terms of this quote are as follows.

- This quote is invalid if you plan to trade this vehicle towards the purchase or lease of another vehicle. If this vehicle is being used as a trade in, a separate dealer quote will be provided which may be different from the purchase price quote provided in this letter.
- For trade in transactions, please have your dealer contact us at 1-855-563-5635.

**The purchase quote price** contained in this letter is good through 5/19/2021 and is available to you **the lessee only.**

| | |
|---|---|
| Current purchase price | $ 25,381.35 |
| Purchase option fee | $ 350.00 |
| Other Tax Includes service Tax (If applicable) | $ 0.00 |
| Unpaid Late Charges | $ 0.00 |
| Unpaid Monthly Payments | $ 0.00 |
| Unpaid Property Taxes | $ 0.00 |
| Unpaid Toll/Parking Violations | $ 0.00 |
| Sales Tax | + $ 0.00 |
| Total Amount Due | $ 25,731.35 |

Payoff checks received after this date may be subject to additional charges.

Security Deposit will be refunded after all obligations are paid under the Lease agreement. This payoff amount does not deduct unearned premiums for ancillary products, such as Credit Life insurance, purchased and financed within the loan.  Canceled ancillary products with unearned premiums received may be refunded, if applicable.

Address for mailing the payoff:

**Overnight Mail**
CCAP Auto Lease Ltd
1010 W. Mockingbird Lane
Suite 100
Dallas, TX 75247-5126

**Regular Mail**
CCAP Auto Lease Ltd
PO BOX 660647
Dallas, TX 75266-0647

If you have an automated payment arrangement in place with your financial institution for this account, please instruct them to cancel future payments once your account has been paid in full.

Any sales tax collected has been based on our most current knowledge of your state and local requirements.   We encourage you to contact your local taxing authority to verify if additional taxes will be due.

Discrepancies in the amount collected as well as any invoices received by Chrysler Capital after the date of this letter will remain your responsibility as referenced in your lease agreement) Please consult your state and local officials for tax obligations on the purchase of this unit.

Sincerely,
Chrysler Capital

P.O. Box 961275, Fort Worth, TX 76161-1275 • www.ChryslerCapital.com • 855.563.5635

**CC0007**

©2018 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc
CC-SER_31230-6B_081318