- My father, James Headley, sent a personal check May 12, 2021 from his account.



Check: 1002 Amount: $25,731.35 Date: 5/19/2021
Run: 1001, Batch: 3, Seq: 196, PC: 65, Source: C21-From BB Inc

- Opposing councel has noted at that time, he only had $320.68 in his account, so the check allegedly was "referred to maker" when Chrysler Capital 1st attempted to deposit the check on May 19, 2021.

- My father called in a telephone transfer on May 21, 2021, $45,000.00 instructed the bank to deposit into his account.



| Date | Description | Amount |
|---|---|---|
| 5/21 | Telephone transfer credit from Acct No. XXXXXXXXXXXX4512-L | 45,000.00 |
| 5/25 | Closing Entry:Accrued int paid | .05 |

- My father called Alpine Bank on May 24, 2021

**From:** Shawnna Pilling <ShawnnaPilling@alpinebank.com>
**Sent:** Monday, May 24, 2021 10:46 AM
**To:** Lorrie Bustos <LorrieBustos@alpinebank.com>
**Subject:** JAMES G HEADLEY
**Importance:** High

Good morning,

Jim account 8910255986 called and would like to know why his account is frozen and why he bounced some checks. I tried calling you and no answer so I tried Robin number listed on the message and that number didn't go anywhere. So I called and spoke with Shanna and she didn't know anything about this account so she gave me Robins correct number. However when I called that number I was told that Robin no longer works for the bank. Will you please call Jim at 9703903917 and speak with him about this account?

Thank you and have an awesome day!

Shawnna

**Shawnna Pilling**
Customer Consultant I
Tel: +19702542061 | Ext. 2061
225 N. 5th Street
Grand Junction, CO 81501

- The next day, on May 25, 2021, CCAP issued and executed a bill of sale and assigned the "certificate of title" to my father and transferred the vehicle and all rights to my father.
- He received it in the mail and had called Called CCAP to confirm that they had received the funds.