Chrysler Capital
P.O. Box 961272
Ft. Worth TX 76161



05/28/2021


JAMES HEADLEY
PO BOX 1141
SILVERTHORNE CO 80498-1411


## BILL OF SALE

Chrysler Capital hereby sells and conveys unto all of its right, title and interest in and to the following described property:

2018  RAM  1500 CREW C
1C6RR7LTXJS135527

| | |
|---|---|
| Contract Obligation: | $25,381.35 |
| Sales Tax:* | $0.00 |
| Property Tax: | $0.00 |
| Luxury Tax: | $0.00 |
| TOTAL: | $25,381.35 |

*Any taxes levied by state or local tax authorities in excess of the taxes shown above are the responsibility of the new owner.

**For all buyers other than in Arizona, Hawaii and West Virginia, please review the notice below which applies to you:**

**In Connecticut, District of Columbia, Kansas, Maine, Maryland, Massachusetts and Mississippi, the following applies: No written or verbal representation, promise or warranty has been made regarding the vehicle's condition.**

**In all other jurisdictions, the following applies: The vehicle is being sold "AS IS". No representation, promise or warranty, expressed or implied, has been made regarding the vehicle's condition, merchantability, suitability or fitness for a particular purpose.**

You may receive a subsequent billing(s) for amounts owed under your lease which become due and payable after the termination of your lease and payment of this amount. Some possible charges, where applicable, may include personal property taxes, parking tickets, official State fees and taxes, etc.

**Chrysler Capital**

By: _____     Date: 05/28/2021

Printed Name: _____Melissa Watts - Agent_____

©2013 Chrysler Capital. Chrysler Capital is a trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital.

1C6RR7LTXJS135527 (CO)                    CY-BS-SL                              RD-19221
CCAP AUTO LEASE LTD