**12:29**

 **AT&T**

5

Feb 07, 2025 - Mar 06, 2025 ⌄     ⚬⚬ **Filters & Sort**

## Search by name or number

| 8555635635 | 🔍 |

 Incoming     Outgoing

What would you like to do?     **Download log(.xlsx)**

↗ **855.563.5635**     Feb 19, 2025   1:47 pm   ▲

23 mins     **$0.00**

Toll Free     Network

**Add a nickname** ⌄

**CHAT**

# My usage

##  Top outgoing calls

See incoming calls     **OFF**

| 970.376.5015 | 6 calls ∨ |
|---|---|
| 970.390.7785 | 3 calls ∨ |
| 970.468.4701 | 2 calls ∨ |

**855.563.5635**                 2 calls ∧

| Toll free, CL | 10:22 AM |
| Jun 09, 2025 | 26 mins |

| Toll free, CL | 10:06 AM |
| Jun 09, 2025 | 2 mins |

> **See usage details**

 **58 mins** outgoing calls

This does not include calls made from third-party apps like Facetime, WhatsApp, and Zoom

# I want to

 **View usage details**       **View usage reports**

# JUNE 2025

<span style="color:blue">Called on D805 phone# 7/8/26</span>

373-50 5271

**09 MONDAY**

1C6RR7LTX5S135527 Chrysler    855 - 563 - 5635

Jasmine ⇒ # 798911

1500 - Days $0 Balance

Plc Willis - | 866 - 683 - 8415
      vin # 135527

#SS 5271

9/17/52

Top Dawg    Joshual - 720-301-3320
TopDog Asset recovery.com

Dad Home @ 1400

Game w Jan

**10 TUESDAY**

Boys to VBS - 0850

Usage center › Usage details › **Talk**

# Usage details

Alex headley 970.390.7785

**Talk**    **Text**    **Data**    **Hotspot**

**Jun 03, 2025 - Jul 02, 2025** ⌄    **Filt**
   ⚙ **&**
    **So**

### Search by name or number

855        🔍

📞 Incoming    📞 Outgoing

| | | |
|---|---|---|
| **855.563.5635** | Jun 30, 2025 | 3:36 pm |
| 13 mins | | **$0.00** |
| Toll Free | | Network |

**Add a nickname** ⌄

| | | |
|---|---|---|
| **855.563.5635** | Jun 30, 2025 | 10:35 am |
| 38 mins | | **$0.00** |
| Toll Free | | Network |

**Add a nickname** ⌄

| | | |
|---|---|---|
| **855.563.5635** | Jun 18, 2025 | 2:29 pm |
| 24 mins | | **$0.00** |
| Incoming | | Network |

**Add a nickname** ⌄

| | | |
|---|---|---|
| **855.563.5635** | Jun 16, 2025 | 2:54 pm |
| 67 mins | | **$0.00** |
| Toll Free | | Network |

**Add a nickname** ⌄

| | | |
|---|---|---|
| **855.563.5635** | Jun 16, 2025 | 2:50 pm |
| 1 mins | | **$0.00** |
| Toll Free | | Network |

**Add a nickname** ⌄

| | | |
|---|---|---|
| **855.563.5635** | Jun 16, 2025 | 2:24 pm |
| 8 mins | | **$0.00** |
| Toll Free | | Network |

**Add a nickname** ⌄

# JUNE 2025

**16 MONDAY**

S.C. CAR
Docs Deeds
Donated

Chrysler Sylvia -

Joellene 799349

1508 - Days. B O Bal

Takiesha - 797056  st mgmt.

esclated to uppers mgmt. Ref. #

Darnell - 797621 - E/O office   p/u Boys - 430

Pic Willis - 866-683 8415

www.myaccount.chryslerCapital.com

Boys to OLD
VBS

**17 TUESDAY**

Daysia - # 108-270

- 28.207.04 - 150my

**18** **WEDNESDAY**

Chrysler Called
Notes. Sale postponed thru 7/18
Check Bounced?? WTF?

JUN 2025

NOTES

Hilltop Heritage Farm 2026

# JULY 2025

**30 MONDAY**

Adam Bencumaw - 208 400 1599 ) 500-
Casey & margie - Befuel    Repliver.

Chrysler 855-563-5635

Brittany - 797842

Laura - EO  799060
_____

Deisha  108270

Edwin -

Adam.Samuel.bencavaan@gmail.com.

Tiffany· 800262    18th

**01 TUESDAY**

work 0915 - 1730 - Eddings - Josh - MHW
Call dumpster Plc



Usage center > Usage details > **Talk**

# Usage details

Alex headley 970.390.7785

**Talk**   Text   Data   Hotspot

**Jul 03, 2025 – Aug 02, 2025** ∨   Fil
⇅ &
So

### Search by name or number

| 855 | 🔍 |

⤵ Incoming   ⤴ Outgoing

◄ 855.563.5635  Jul 17, 2025   1:51 pm ▲

7 mins                          **$0.00**
Toll Free                       Network

Add a nickname ∨

◄ 855.563.5635  Jul 17, 2025   1:47 pm ▲

4 mins                          **$0.00**
Toll Free                       Network

Add a nickname ∨

◄ 855.563.5635  Jul 17, 2025   1:42 pm ▲

5 mins                          **$0.00**
Toll Free                       Network

Add a nickname ∨

855.563.5635  Jul 17, 2025   11:19 am ▲

9 mins                          **$0.00**
Toll Free                       Network

Add a nickname ∨

855.563.5635  Jul 14, 2025   3:48 pm ▲

51 mins                         **$0.00**
Toll Free                       Network

Add a nickname ∨

855.563.5635  Jul 14, 2025   11:41 am ▲

2 mins                          **$0.00**
Toll Free                       Network

Add a nickname ∨

855.563.5635  Jul 14, 2025   11:34 am ▲

6 mins                          **$0.00**
Toll Free                       Network

Add a nickname ∨

855.563.5635  Jul 03, 2025   11:26 am ▲

9 mins                          **$0.00**
Incoming                        Network

Add a nickname ∨