**CONTINUED ON NEX



# BMO

## • Monthly Activity Details (cont'd)

| Date | Transaction description |
| --- | --- |

PRESBYTERIAN ST LUKQ02    DENVER        CO

POS PURCHASE                                    -$838.14

RECORD NO. 079091   CARD NO. 9232

STAYBRIDGE SUITES DENV    GLENDALE      CO

POS PURCHASE                                    -$110.98



CONTINUED ON NEXT PAGE