

# Multistate Personal Property Release

**Date: 07/14/2025 5:37 PM CST**          **Vendor Name: S1 PK Willis LPR**
**Sent by: Kimberly Washington**

## Customer Information

**Name: JAMES HEADLEY**
**Phone Number: (970) 468-5991**

**Account Number: 21383442**

**Vehicle Description/VIN: 2018, RAM, 1500 CREW, 1C6RR7LTXJS135527**

**Release Personal Property to: Alexander Headley**

### AGENTS

Repossession fees (IF APPLICABLE) will be billed back to customer's Chrysler Capital account.
There is no charge to retrieve personal property.

**Agents must refer and adhere to ALL disclosures and not exceed state regulation(s).**

**PLEASE ALLOW THE ABOVE-REFERENCED PARTY TO PICK UP PERSONAL PROPERTY ONLY.**
ANYTHING ATTACHED TO THE VEHICLE EITHER BY BOLTS OR SCREWS IS TO STAY ON THE VEHICLE.

**Personal Property Released To:** _____ **Signature: X** _____ **Date:** _____
*(Print Name of person retrieving personal property)*          *(The person retrieving personal property signature)*

**Personal Property Released By:** _____ **Date:** _____
*(Print Name of person releasing personal property)*

## Please fax the signed Personal Property Release to 972-999-8208

P.O. Box 961275, Fort Worth, TX 76161-1275 • www.ChryslerCapital.com • 855.563.5635
©2025 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.
Personal Property Release 06/2025

**CC0009**