auto**ims**.com

**Approved CR**

ADESA Salt Lake
780 South 5600 West
Salt Lake City, UT 84104-5300
(801) 322-1234/(801) 322-1315
lee.anglin@adesa.com
WHOLESALE ASSESSMENT ONLY

| | |
|---|---|
| Make/Model: | **2018 RAM 1500** |
| Bodystyle/Series: | **4 Door Full Rear Door Cab BIG HORN 4X4 CREW CAB 5`7" BOX** |
| Color: | **Black** |
| Mileage: | **66,558** |
| Turn-in Mileage: | **-** |
| VIN: | **1C6RR7LTXJS135527** |
| Work Order/ Stock Number: | **299555** |
| Customer: | Chrysler Capital 1601 Elm Street Suite 800 Dallas, TX 75201 214-261-1503 Asset_Remarketing_Managers@santanderconsumerusa.co |
| Client Stock #: | **30000213834421000** |
| Vehicle Grade : | **Grade 3.5** |
| Remarks: | **CJ 8/6- updated on hold.SLVR/FAIL; 4WD INOP; TOP AND PIT ROWDY; DRIVE ROWDY; 8.7/MEMORE DIAG NEEDED DUE TO 4WD INOP $80.00R/R BATTERY -6900 -20.00; 8.7/ME** |
| Announcements: | • GL<br>• CAUTION: 4X4 INOP |
| Certification : | **Not Certified** |
| Req. Prev. Repair Order: | **-** |

| Drivable: Yes | Fuel Level: 1/8 Tank | Incremental Recon: No |
|---|---|---|

UniBody/Frame Damage: NO

As Is 100K Miles: NO

## Equipment

| | | | |
|---|---|---|---|
| Transmission: | **Automatic Transmission** | A/C: | **Yes** |
| Engine: | **8-Cylinder Gas** | Cruise Control: | **Yes** |

| | | |
|---|---|---|
| Engine Size: | **5.7 L** | |
| Roof: | **Hard Top** | |
| Radio: | **AM/FM Radio** | |
| Interior - Type/Color: | **Cloth Interior /Black** | |
| Airbag: | **Driver Side Air Bag** | |
| Seats: | **Power** | |
| Seat Count: | **5** | |

| | |
|---|---|
| Pwr Steering: | **Yes** |
| Pwr Locks: | **Yes** |
| Pwr Windows: | **Yes** |
| Rear Defroster: | **No** |
| Tilt Steering: | **No** |
| Drive Type: | **4-Wheel Drive** |
| Brakes: | **Traction Control** |

Additional Equipment:

| | | |
|---|---|---|
| 4 Wheel Drive | Air Conditioning | Bluetooth Connection |
| Car LF Tires - 7/32 inch | Car LR Tires - 7/32 inch | Car RF Tires - 6/32 inch |
| Car RR Tires - 7/32 inch | Combo Key - 0key(s) | Cruise Control |
| Fog Lamps | Heated Mirrors | MP3 Radio |
| Motor Fuel Type - Gas | Power Driver Seat | Power Folding Mirrors |
| Power Lock | Power Mirrors | Power Steering |
| Power Windows | Remote Engine Start | Reverse Camera |
| Roll-Sensing Curtain Airbags | Side Airbags - Front | Spare Tire - Full Size |
| Spare Tire Tread - 6/32 inch | Spare Wheel - Steel | Stereo - AM/FM Radio |
| Tilt Wheel | Tire Brand - Front Left - General Tire | Tire Brand - Front Right - General Tire |
| Tire Brand - Rear Left - General Tire | Tire Brand - Rear Right - General Tire | Tire Rating Front Left - 20 |
| Tire Rating Front Left - 275 | Tire Rating Front Left - 60 | Tire Rating Front Left - S |
| Tire Rating Front Right - 20 | Tire Rating Front Right - 275 | Tire Rating Front Right - 60 |
| Tire Rating Front Right - S | Tire Rating LFD Outer - 275 | Tire Rating RRD Outer - 20 |
| Tire Rating RRD Outer - 275 | Tire Rating Rear Left - 60 | Tire Rating Rear Left - S |
| Tire Rating Rear Right - 60 | Tire Rating Rear Right - S | Transmission - Automatic Transmission |
| Wheel Diameter | Wheels Front Left - Alloy | Wheels Front Right - Alloy |
| Wheels Rear Left - Alloy | Wheels Rear Right - Alloy | |

## Non Chargeable Damages

| Photo | Item | Damage | Comments | Parts | Labor | Labor Hours | Paint Hours | Estimate | Action | Severity |
|---|---|---|---|---|---|---|---|---|---|---|
| [no photo] | Right Rear Door | Previous Repair | - | $0.00 | $0.00 | 0 | 0 | $0.00 | Report | Acceptable |

| Photo | Item | Damage | Comments | Parts | Labor | Labor Hours | Paint Hours | Estimate | Action | Severity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Photo - Front | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Photo - Rear | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Photo - Right | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Photo - Wheel | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Photo - Interior | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Photo - Dash | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |

| Photo | Item | Damage | Comments | Parts | Labor | Labor Hours | Paint Hours | Estimate | Action | Severity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Extra Photo 1 | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Right Bed Side | Multiple Dents/No Paint Damage | - | $0.00 | $0.00 | 0 | 0 | $0.00 | Report | 2 |
| | Emissions | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Overall Picture - Engine | Photo Only | - | - | - | - | - | $0.00 | - | - |

| Photo | Item | Damage | Comments | Parts | Labor | Labor Hours | Paint Hours | Estimate | Action | Severity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Overall Picture - Odometer | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | Photo - Vin/Id Sticker | Photo Only | - | - | - | - | - | $0.00 | - | - |
| | | | | $0.00 (total) | $0.00 (total) | 0 (total) | 0 (total) | $0.00 (total) | | |

## Chargeable Damages

| Photo | Item | Damage | Comments | Parts | Labor | Labor Hours | Paint Hours | Estimate | Action | Severity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hood | Chipped | - | $0.00 | $180.00 | 0 | 4.5 | $180.00 | Refinish | 10 Or More |
| | Left Front Door | Dent(S) W/No Paint Dmg | - | $0.00 | $45.00 | 0 | 0 | $45.00 | PDR | 2 To 3 Inches |
| Show next 25 photos | Left Rear Door | Multiple Dents/No Paint Damage | - | $0.00 | $45.00 | 0 | 0 | $45.00 | PDR | Pdr-2 Dents |
| Show next 25 photos | Tailgate | Dent(S) W/ Paint Dmg | - | $0.00 | $244.00 | 3 | 3.1 | $244.00 | Repair | 6 To 7 Inches |
| Show next 25 photos | Right Front Door | Previous Repair | - | $0.00 | $144.00 | 0 | 3.6 | $144.00 | Repair | Substandard Repair |
| [no photo] | Keys | Missing | - | $120.00 | $0.00 | 0 | 0 | $120.00 | Replace | Replacement Required |
| Show next 25 photos | Rear Bumper | Multiple Dents/Paint Damage | - | $0.00 | $264.00 | 3.5 | 3.1 | $264.00 | Repair | 3 |
| [no photo] | Battery | Broken | - | $35.00 | $0.00 | 0 | 0 | $35.00 | Replace | Replacement Required |
| Show next 25 photos | Left Bed Side | Dent(S) W/No Paint Dmg | - | $0.00 | $45.00 | 0 | 0 | $45.00 | PDR | 2 To 3 Inches |
| Show next 25 photos | Front Bumper | Chipped | - | $0.00 | $177.00 | 0 | 3.8 | $177.00 | Refinish | 10 Or More |
| | | | | $155.00 (total) | $1,144.00 (total) | 6.5 (total) | 18.1 (total) | $1,299.00 (total) | | |

File Insurance Claim? -

Additional Damages and Remarks: -

DISCLAIMER. THIS CONDITION REPORT IS FOR INFORMATIONAL PURPOSES ONLY AND IS BASED ON INFORMATION PROVIDED BY THE SELLER. THIS CONDITION REPORT IS NEITHER INTENDED, NOR SHOULD IT BE CONSTRUED TO CONSTITUTE, ANY TYPE OF WARRANTY, WHETHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF MERCHANTABILITY, AND ANY SUCH WARRANTY, WHETHER ARISING BY OPERATION OF LAW OR OTHERWISE, IS HEREBY DISCLAIMED. ANY REPUBLISHING OF THIS CONDITION REPORT SHALL CONTAIN THIS DISCLAIMER.