IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.:  25-CV-03677-SKC-TPO


ALEX HEADLEY,

Plaintiff,

v.


CHRYSLER CAPITAL (CCAP) / SANTANDER CONSUMER USA INC.,

Defendant.


AFFIDAVIT OF EMILY J. HEADLEY

I, Emily J. Headley, being of lawful age and first duly sworn upon my oath, depose and
state as follows:

1.  I am over the age of 18 and am competent to testify to the matters stated herein
    based upon my personal knowledge.

2.  I am the widow of the late JAMES G. HEADLEY, who passed away
    approximately one year ago following a three-year battle with Lymphoma.

3.  During the entirety of my late husband's illness, I served as his primary caregiver,
    managing his daily needs, medical appointments, and financial affairs alongside
    him.

4.  I am personally familiar with the vehicle in question, a 2018 Ram 1500, which
    my husband leased and subsequently purchased via a lease buyout approximately
    five years ago.

5.  I was present when my husband received the payoff letter and was there when he
    sent the check from our Alpine Bank account to Chrysler On or about May 12th
    2021.

6.  I was present when he called multiple times during the weeks after we sent the
    check to Chrysler capital to confirm the check had cleared after our bank had told
    my husband they had some issues with the accounts we had with transferring
    funds in and out.

7. I was present when he received the wet-signature Bill of Sale and the stamped Certificate of Title from Chrysler Capital (CCAP) following the buyout, which we understood to be conclusive proof of ownership and the discharge of any lien..

8. On or about February 20, 2025 we received a letter from Chrysler Capital dated February 6, 2025, the letter was confusing when we received it, so we had called our daughter to help us, since my husband's health was declining.

9. On or about February 25, 2025, I was present for and participated in a telephone conference with a representative of Chrysler Capital (I believe his name was Adam, but we didn't write it down). Also present on this call were my daughter, Jamilee L. Coen, and my late husband.

10. During this February 25, 2025 call, the CCAP agent explicitly stated that the letters we had received regarding an outstanding balance were sent by mistake.

11. The CCAP agent further confirmed that the account was "zeroed out" and expressly assured us that the truck was NOT in danger of being repossessed.

12. Based upon these direct representations from Chrysler Capital, our family took no further action, as we were led to believe the matter was fully resolved in our favor.

13. I further attest that from May 2021 until the date of the repossession, Chrysler Capital made zero direct telephone calls to our residence or my personal phone regarding any alleged default or returned check.

14. I attest that I was present while my son Alex Headley was talking with my husband and he gifted him the truck at that time approximately June 2, 2025 right after we had the Father from our church give my husband the sacrament of "last rites" in our home.

15. I was also present at the hotel when the vehicle was repossessed from the Staybridge suites Denver-Cherry Creek located at 4220 E. Virginia Ave., Glendale, CO 80246, while my son was staying at that location specifically to provide support and coordination during my husband's critical hospitalization. The hotel was selected for it's proximity to the medical facilities, where my husband was receiving treatment for lymphoma, My son's presence at that location and his use of the vehicle was directly and entirely connected to the management of my husband's medical care during the final and most critical stages of his illness, the seizure of the vehicle from that location without prior notice to my son or to our family directly disrupted our families's ability to coordinate transportation, medical appointments, and care logistics during an irreplaceable and devastating period in our lives. The loss of the vehicle at that moment, compounded the trauma, our family was already experiencing and caused measurable harm to our ability to respond to my husband's medical needs.

16. I can attest to the personal items that my son and grandchildren had in the truck the day of June 7, 2025 as I had been riding with him back and forth to the hospital that day.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2026.

*Emily J. Headley*

EMILY J. HEADLEY

STATE OF COLORADO )

) ss.

COUNTY OF SUMMIT )

SIGNED
~~Subscribed and sworn to~~ before me this 7th day of JULY, 2026, by Emily J. Headley.

TARA JOHNSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031945
MY COMMISSION EXPIRES MAY 17, 2029

NOTARY PUBLIC

My Commission Expires: _____