IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.: 25CV-03677-SKC-TPO


ALEX HEADLEY,

Plaintiff,


v.


CHRYSLER CAPITAL (CCAP) / SANTANDER CONSUMER USA INC.,

Defendant.


AFFIDAVIT OF NICHOLAS G. HEADLEY

I, Nicholas G. Headley, being of lawful age and first duly sworn upon my oath, depose and state as follows:

1. I am over the age of 18 and am competent to testify to the matters stated herein based upon my personal knowledge.

2. I am the son of the late James Headley and the brother of the Plaintiff, Alex Headley.

3. On June 2, 2025, I was present with my father and my brother, Alex. On that date, my father explicitly stated his intent to give the 2018 Dodge Ram 1500 (the "Truck") to Alexander and delivered physical possession and the keys of the Truck to him at that time.

4. I recall this date with specificity because I was personally upset and frustrated by my father's decision to give the Truck to Alex rather than to me or another family member. This decision caused a notable disagreement within the family at that time.

5. Despite my personal feelings regarding the fairness of the gift, I personally witnessed the transfer of possession and my father's clear intent that Alex be the sole owner and operator of the vehicle from that moment forward.

6. To my knowledge, from June 2, 2025, until the date the Truck was repossessed, Alex had exclusive use, control, and possession of the vehicle.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7 day of July, 2026.

*Nicholas Headly*

NICHOLAS G. HEADLEY

STATE OF Colorado

ss.

COUNTY OF Summit

Subscribed and sworn to before me this 7th day of July, 2026, by Nicholas G. Headley.

NOTARY PUBLIC *My McDonough*

My Commission Expires: 3/27/2026

MARIA CARMEN MCDONOUGH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254011845
MY COMMISSION EXPIRES MARCH 27, 2026