IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.:  25-CV-03677-SKC-TPO


ALEX HEADLEY,

Plaintiff,

v.

CHRYSLER CAPITAL (CCAP) / SANTANDER CONSUMER USA INC.,

Defendant.



AFFIDAVIT OF JAMILEE L. COEN

I, Jamilee L. Coen, being of lawful age and first duly sworn upon my oath, depose and state as follows:

1. I am the daughter of the late James G. Headley and Emily J. Headley.

2. On or about February 25, 2025, I was present for and participated in a telephone conference with a representative of Chrysler Capital (CCAP). Also present on this call were my mother, Emily J. Headley, and my father.

3. I personally heard the CCAP agent state that the correspondence we had received regarding a balance due was sent in error.

4. The CCAP agent explicitly represented to us that the account was showing a zero balance and that the vehicle was NOT in danger of repossession.

5. I further attest that at no point after May 2021 did Chrysler Capital make any direct calls to me, or to my knowledge, any other family member, regarding any alleged debt or issue with the vehicle's title.

6. Our family relied entirely on the verbal confirmation provided by the CCAP agent on February 25, 2025, believing the truck was owned free and clear as evidenced by the title and bill of sale in our possession.

JAMILEE L. COEN

STATE OF COLORADO )

) ss.

COUNTY OF Summit )

Subscribed and sworn to before me this 7th day of July , 2026, by Jamilee L. Coen.

Chris Boettcher

NOTARY PUBLIC

My Commission Expires: 9/22/29

CHRISTINE SUE BOETTCHER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214037132
MY COMMISSION EXPIRES SEPT. 22, 2029