**REVISED DETAILED PERSONAL PROPERTY INVENTORY**

**Vehicle: 2018 Ram 1500 Crew Cab (VIN: 1C6RR7LTXJS135527)**

**Date of Repossession: June 8, 2025**

**Location: Staybridge Inn Hotel Parking Lot, Glendale Colorado**

**Prepared by: Alex Headley**

**Date Prepared: July 3, 2026**

I, Alex Headley, declare under penalty of perjury under the laws of the United States and the State of Colorado that the following is a true and accurate inventory of personal property that was inside the Vehicle at the time of wrongful repossession on June 8, 2025. This property was not inventoried or returned by Defendant or its agents, resulting in its loss or destruction. Values are based on replacement cost, fair market value, and/or face value where applicable. Supporting documentation (receipts, photos, or affidavits) will be provided upon request or in discovery. I am continuing to research exact details of certain financial instruments and reserve the right to supplement this inventory.

## 1. Travel Binder & Financial/Security Documents (High-Value Legal & Financial Instruments)

- **One (1) BLACK and GREEN travel binder** containing original and copies of critical documents. (See Exhibit "M" for example bought at same time only in RED)

  - Registered insurance bond – face value **$5,000,000.00**. (See Exhibit "N" copy, original registered bond was in the binder)

  - Multiple Promissory notes secured on real property – **approximate aggregate face value up to $3,000,000.00** (research ongoing to confirm exact notes included in the binder at time of repossession).

  - Birth certificates for my children (multiple originals/certified apostilled copies).

- **Estimated Replacement / Loss Value: $8,000,000+** (face value of instruments; actual damages include loss of enforceability, legal costs to replace/reissue, and lost opportunities).

## 2. Sports Equipment (Boys Baseball Gear – 4 Sets)

- 4 complete sets of boys' baseball gear, including uniforms, protective equipment, and accessories.

- Baseballs (multiple), bats, gloves, and cleats.

- **Estimated Replacement Value: $650.00**.

## 3. Automotive & Recovery Tools

- Heavy-duty tow straps (multiple).

- Jumper cables (heavy-duty set).

- **Estimated Replacement Value: $350.00** ($200 tow straps + $150 jumper cables).

## 4. Tools (Stored under back seat bench in holders)

- Assorted hand tools, socket sets, wrenches, screwdrivers, pliers, and other miscellaneous mechanic's tools suitable for vehicle maintenance and general use.

- **Estimated Replacement Value: $500.00**.

## 5. Electronics & Accessories (Glove Box & Cabin)

- Phone battery chargers (multiple).

- Battery booster pack (jump starter).

- Miscellaneous small electronics and cables.

- **Estimated Replacement Value: $350.00** (battery booster alone valued at $350; chargers additional).

## 6. Clothing & Personal Items

- Assorted clothing, jackets, and outerwear suitable for travel and variable weather.

- **Estimated Replacement Value: $300.00**.

**Total Estimated Value of Personal Property: $8,002,150.00+**

(Primarily driven by the high-value financial instruments in the travel binder; tangible items ≈ $2,150).


**Additional Notes**:

- The travel binder was in the main cabin (likely front passenger area or center console).

- Tools were secured under the rear seat bench.

- Electronics were in the glove box.

- All items were present immediately prior to repossession; none were removed by me.

- Defendant failed to inventory or return any of these items, violating duties under Colorado law (C.R.S. § 4-9-609 et seq.) and constituting separate acts of conversion.


I reserve the right to supplement this inventory as additional items are recalled, research is completed, or further documentation becomes available. This inventory supports my claims for **conversion, civil theft** (treble damages under C.R.S. § 18-4-405), and related damages in the ongoing federal action.


**DECLARATION**

I declare under penalty of perjury under the laws of the United States of America and the State of Colorado that the foregoing is true and correct to the best of my knowledge.


Executed on: July 13, 2026

/s/ Alex Headley

Alex Headley

---

**NOTARY ACKNOWLEDGMENT**

State of OKLAHOMA

County of PITTSBURG

Subscribed and sworn to (or affirmed) before me on this 13th day of July, 2026, by Alex Headley, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public: _____

My Commission Expires: ____5/1/28____

Notary Seal:

Notary Public State of Oklahoma
Ethan Vanscoy
My Commission #  24005818
Expires  5/1/2028