


# PRIVATE AUTO INSURANCE SURETY BOND
## $5,000,000.00
Five Million United States Dollars
Payable to the bearer
Discharge Bond # HHFGT 2025_07_01

**NEGOTIABLE**

COPY

**NEGOTIABLE**

HOUSE OF HEADLEY FAMILIA GOD TRUST
c/o RR 824 SOUTH HARRISION STREET
PMB 305
KIOWA, OKLAHOMA Republic near zip 74553

Written Undertaking / Surety Bond - Financial Responsibility

I, ALEXANDER ARTHUR HEADLEY, hereinafter "the undersigned" do hereby promise to pay "pledge" myself as surety as follows:

Whereas: The undersigned may operate a private coach or motor carrier, and

Whereas: The undersigned has not been able to locate any lawful money on account in circulation (gold or silver coin or bullion) in this State or any State or in or by the Federal government, and;

Whereas: Public Policy as established with Chapter 48, 48 Stat. 112 of June 5, 1933 states in part:

That every provision contained in or made with respect to any obligation which purports to give the oblige a right to require payment in gold or a particular kind of coin or currency, or in any amount of money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provisions contained in any law authorizing obligations to be issued by or under authority of the UNITED STATES, is hereby repealed:

Now therefore and in consideration thereof, the undersigned does hereby promise to pay, ie. undertakes, "bonds" ALEXANDER ARTHUR HEADLEY's commercial activity for the following amount: Five Million Dollars
In the event that any person is damaged and can demonstrate a bona fide claim of injury or loss, the undersigned shall discharge all obligations dollar for dollar and through tender of payment pursuant to public policy, Chap. 48, 48 Stat 112.

Dated this 7th day of the 1st month, Two Thousand Twenty-Five. _____ trustee

HOUSE OF HEADLEY FAMILIA GOD TRUST
c/o RR 824 SOUTH HARRISON PMB 305
Kiowa, OKLAHOMA Republic
Non domestic zip exempt 74335
_____ as trustee
Authorized Signature

01-07-2025
Date of Issue